IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S LONDON SUSCRIBING TO CERTIFICATE NUMBERS 0475/ATR040, 0382/DPM054, and 0984/SMP579 Suite 405 New Loom House 101 Black Church Lane London E1 1LU | : : : : | |
| *Plaintiff,* | : | |
| v. | : | |
| EZANA CORPORATION 5005 D. Street, SE Washington, D.C. 20020 | : | Civil Case No.:_____ |
| Serve On: Registered Agent Hassett Corporation 4600 King Street, Suite 4L Alexandria, Virginia 22302 | : : : | |
| and | : | |
| ABID KARRAKCHOU 1530 N. Key Blvd., Apt. 815 Arlington, Virginia 22209 | : : | |
| and | : | |
| MEKKI, LLC 1530 N. Key Blvd., Apt. 815 Arlington, Virginia 22209 | : : | |
| Serve On: Registered Agent Abid Karrakchou 1530 N. Key Blvd., Apt. 815 Arlington, Virginia 22209 | : : : : | |
| and | : : | |

**ACE INSURANCE SERVICES OF VA, INC.**   :
**7794 Ballston Drive**
**Springfield, Virginia 22153-2302**       :

    **Serve On:**                                  :
    **Registered Agent**
    **Samuel Bekele**
    **5622 Columbia Pike, Suite 207**   :
    **Falls Church, Virginia 22041**
                                                   :
    *Defendants.*
                                                   :

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit A to the Complaint filed in this matter exists only in paper format and is 15 pages or longer. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Dated: October 20, 2005                                         Respectfully submitted,

 

                                                                                          _____
                                                                                          JEFFREY A. WOTHERS, Bar No. 436137
                                                                                          Niles, Barton & Wilmer, LLP
                                                                                          111 S. Calvert Street, Suite 1400
                                                                                          Baltimore, Maryland 21202-6185
                                                                                          (410) 783-6365
                                                                                          *Counsel for Plaintiff*