**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CERTAIN INTERESTED UNDERWRITERS** : | |
| **AT LLOYD'S LONDON SUBSCRIBING TO** | |
| **CERTIFICATE NUMBERS 0475/ATR040,** : | |
| **0382/DPM054, and 0984/SMP579** | |
| : | **Civil Case No.: 1:05CV02076** |
| *Plaintiff,* | |
| : | |
| **v.** | |
| : | |
| **EZANA CORPORATION, et al.** | |
| : | |
| *Defendants.* | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

<u>**CERTIFICATE RULE LCvR 7.1**</u>

I, the undersigned counsel of record for Certain Interested Underwriters at Lloyd's London Subscribing to Certificate Numbers 0475/ATR040, 0382/DPM054, and 0984/SMP579 certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Certain Interested Underwriters at Lloyd's London Subscribing to Certificate Numbers 0475/ATR040, 0382/DPM054, and 0984/SMP579, which have any outstanding securities in the hands of the public:

1.      **Policy no. 03SMP1005**

- 40% - SPL / St. Paul( Part of St. Paul Travelers in U.S.A - publicly quoted in US)
- 40% - Liberty (Part of Liberty Mutual Insurance Co. is US - publicly quoted in US)
- 10% - GSC - (Omega publicly quoted on Alternative Investment Market - AIM)

2.      **Policy no. 04DPM1007**

- 30% - Kiln ( publicly quoted on London Stock Exchange - LSE)
- 20% - Atrium  (publicly quoted on LSE)
- 20% - GSC (Omega publicly quoted on AIM)
- 15% - Talbot (Limited company not publicly quoted but major investor is Berkshire Hathaway)
- 2.5% - Chaucer (publicly quoted on FTSE Smallcap)
- 8% - Wellington (publicly quoted on LSE)
- 9.23% - SPL / St Paul ( Part of St. Paul Travelers in U.S.A - publicly quoted in US)

- 7.38% - Liberty (Part of Liberty Mutual insurance Co. is US - publicly quoted in US)

3.    **Policy no. 03ATR049**

- 50% - Atrium  (publicly quoted on LSE)
- 35% - SPL / St Paul ( Part of St. Paul Travelers in U.S.A - publicly quoted in US)
- 17.5% - GSC - (Omega publicly quoted on Alternative Investment Market - AIM)

The undersigned counsel for Plaintiff also certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

1.    **Policy no. 03SMP1005**

- 10% - SAM / SAM Meacock (limited company - not publicly quoted)

2.    **Policy no. 04DPM1007**

- 30% - Heritage (not publicly quoted)
- 2.46% - SAM / SAM Meacock  (limited company - not publicly quoted)
- 3.69% - Cathedral (not publicly quoted)

3.    **Policy no. 03ATR049**

- 12.5% -  SAM / SAM Meacock ( limited company - not publicly quoted)

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

**JEFFREY A. WOTHERS, Bar No. 436137**
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202-6185
(410) 783-6365
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify, that on this 14th day of November, 2005, a copy of the foregoing

Certificate Rule LCvR 7.1was  sent via this court's electronic filing system and first class postage

prepaid mail to:

James T. Zelloe, Esquire
Stahl, Forest & Zelloe, P.C.
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
*Counsel for Abid Karrakchou, Mekki, LLC,*
*and Ezana Corporation*

Ace Insurance Services of Va., Inc.
Registered Agent:  Samuel Bekele
5622 Columbia Pike, Suite 207
Falls Church, Virginia 22041

_____
Jeffrey A. Wothers