Return Date: 12/15/2005                                    Case No. 1:05CV02076

Court:  US District Court

**Proserv**
P.O. Box 13625
Roanoke, VA 24035-3625

# Affidavit for - SUMMONS & COMPLAINt

CERTAIN UNDERWRITER AT LLOYD'S              (Plaintiff/Petitioner)
vs.
ACE INSURANCE SERVICES OF VA                (Defendant/Respondent)

Commonwealth of Virginia, City / County of WASHINGTON DC

_Dan Hogan_, personally appeared and being duly sworn, states as follows: that pursuant to §8.01-293 of the Code of Virginia as amended that he/she is over the age of 18 and is not a party or otherwise interested in the subject matter of the above-referenced controversy. Furthermore, he/she affirms that service of process was made upon ACE INSURANCE SERVICES OF VA by the following means:

[X]  **Company:** _Samuel Bekele_  (Registered Agent) Designated Employee OR
     _____, President / Manager / Payroll
     or other corporate officer.

[ ]  **Individual:** By delivering a true copy to said defendant personally

[ ]  **Substitute Service:** Delivered to a family member (not temporary sojourner or guest) age 16 or older at usual place of abode, a party named above after giving information of its purport, the name, age, and relation of the recipient to the party named above is as follows:
     _____

[ ]  **Posted Service:** Posted on front door of usual place of abode as per attached document, unless new address below (other authorized recipient not found).
     New Address: _____

[ ]  **Unable to Serve:** _____

[ ]  **Garnishment Summons:** I hereby certify that I mailed a copy of the garnishment summons to the defendant on the date shown below:

                                                    Deponent: _Dan Hogan_
Commonwealth of Virginia, City of Roanoke           Date: 11-18-05

The foregoing instrument was acknowledged before me this _18th_ day of _Nov_, 20 _05_

_____
Notary Public

(Notary Seal: KAYE SULLIVAN, COMMONWEALTH OF VA, NOTARY PUBLIC, EXPIRES JUNE 30, 2006)