**ALL RISKS, LTD.**
10150 York Road, 5th Floor
Hunt Valley, MD 21030
(Underwriter's Representative)

**COMMON POLICY DECLARATIONS**

**ITEM 1. NAMED INSURED AND MAILING ADDRESS**

EZANA CORP
2238 C GALLOWA ROAD
VIENNA VA 22182

**CERTIFICATE OF INSURANCE EFFECTED WITH:**

| Renewal of Number | Certificate Number | Insurer | Percent | Coverage |
|---|---|---|---|---|
| NEW | 0475/ATR049 | CERTAIN UNDERWRITERS AT LLOYDS | 100% | LIABILITY |
| NEW | 0475/ATR049 | CERTAIN UNDERWRITERS AT LLOYDS | 34% | PROPERTY |
| NEW | 0582/DPM054 | CERTAIN UNDERWRITERS AT LLOYDS | 33% | PROPERTY |
| NEW | 0984/SMP579 | CERTAIN UNDERWRITERS AT LLOYDS | 33% | PROPERTY |

IT IS EXPRESSLY UNDERSTOOD AND AGREED BY THE INSURED BY ACCEPTING THIS CERTIFICATE THAT ALL RISKS, LTD. IS NOT AN INSURER AND ALL RISKS, LTD. NEITHER IS NOR SHALL BE IN ANY WAY OR TO ANY EXTENT LIABLE FOR ANY LOSS OR CLAIM. THE INSURERS HEREUNDER ARE THOSE INSURERS LISTED ABOVE.

| **ITEM 2. POLICY PERIOD** | From: 06/28/04 | To: 06/28/05 | Term: ANNUAL |
|---|---|---|---|

[X] 12:01 A.M., Standard Time at your mailing address.

BUSINESS DESCRIPTION    LESSOR RISK

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT. | PREMIUM |
|---|---|
| Commercial Crime Coverage Part | $NOT COVERED |
| Commercial General Liability Coverage Part | $1917.00 |
| Commercial Inland Marine Coverage Part | $NOT COVERED |
| Commercial Property Coverage Part | $6300.00 |
| Liquor Liability Coverage Part | $NOT COVERED |
| | $ |



## COMMERCIAL GENERAL LIABILITY COVERAGE PART
### SUPPLEMENTAL DECLARATIONS

Insurer      CERTAIN UNDERWRITERS AT LLOYDS     100%

These Supplemental Declarations form a part of certificate number    0475/ATR049

### LIMITS OF INSURANCE

General Aggregate Limit (other than Products/Completed Operations) $    1,000,000

Products/Completed Operations Aggregate Limit      $    500,000

Personal and Advertising Injury Limit      $    500,000

Each Occurrence Limit      $    500,000

Fire Damage Limit      $    100,000   any one fire

Medical Expense Limit      $    5,000   any one person

### BUSINESS DESCRIPTION AND LOCATION OF PREMISES

Form of business:

☐ Individual    ☐ Joint Venture    ☐ Partnership    ☒ Organization (other than Partnership or Joint Venture)

Location of all premises you own, rent or occupy: 5005 D ST SE,
5007 D ST SE, WASHINGTON, DC 20019

### PREMIUM

| Classification | Code No. | *Premium Basis | Rate Pr/Co | Rate All Other | Advance Premium Pr/Co | Advance Premium All Other |
|---|---|---|---|---|---|---|
| APARTMENT BUILDINGS | 60010+ | U) 27 | INCL. | 71.00 | INCL. | 1917.00 |
| | | | | | | |
| | | Totals: | | | INCL. | 1917.00 |

### FORMS AND ENDORSEMENTS (other than applicable forms and endorsements shown elsewhere in the policy)

Forms and endorsements applying to this Coverage Part and made part of this policy at time of issue:

*(a) Area, (c) Total Cost, (m) Admission, (p) Payroll, (s) Gross Sales, (u) Units, (o) Other

THIS SUPPLEMENTAL DECLARATIONS AND THE COMMERCIAL LIABILITY DECLARATIONS, TOGETHER WITH THE COMMON POLICY
CONDITIONS, COVERAGE FORMS(S) AND ENDORSEMENTS COMPLETE THE ABOVE NUMBERED POLICY.

MOBZUT        ARF3457

**PLTF 0003**

# All Risks, Ltd.

## COMMERCIAL PROPERTY COVERAGE PART
## SUPPLEMENTAL DECLARATIONS

| Certificate Number | Insurer | Percent |
|---|---|---|
| 0475/ATR049 | CERTAIN UNDERWRITERS AT LLOYDS | 34% |
| 0382/DPM054 | CERTAIN UNDERWRITERS AT LLOYDS | 33% |
| 0984/SMP579 | CERTAIN UNDERWRITERS AT LLOYDS | 33% |

## DESCRIPTION OF PREMISES

| PREM. NO. | BLDG. NO. | LOCATION, CONSTRUCTION AND OCCUPANCY |
|---|---|---|
| 1 | 1- | 5005 D ST, SE, WASHINGTON, DC  20019 |
| 1 | 2 | 5007 D ST, SE, WASHINGTON, DC  20019 |
| 1 | 1- | MASONARY, (PC-2) |
| 1 | 2 | APARTMENT BUILDING |

## COVERAGES PROVIDED- INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

| PREM. NO. | BLDG. NO. | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINSURANCE | † | RATES |
|---|---|---|---|---|---|---|---|
| 1 | 1-2 | BUILDING | $900,000. | SPECIAL FORM | 80% | | .70 |

## OPTIONAL COVERAGES- APPLICABLE ONLY WHEN ENTRIES ARE MADE IN THE SCHEDULE BELOW

†IF EXTRA EXPENSE COVERAGE, LIMITS ON LOSS PAYMENT

| PREM. NO. | BLDG. NO. | AGREED VALUE EXPIRATION DATE | COVERAGE | AMOUNT | REPLACEMENT COST(X) BUILDING | PERSONAL PROPERTY | INCLUDING "STOCK" |
|---|---|---|---|---|---|---|---|
| 1 | 1-2 | | BUILDING | | X | | |

| PREM. NO. | BLDG. NO. | INFLATION GUARD (Percentage) BUILDING    PERSONAL PROPERTY | MONTHLY LIMIT OF INDEMNITY (Fraction) | MAXIMUM PERIOD OF INDEMNITY (X) | EXTENDED PERIOD OF INDEMNITY (Days) |
|---|---|---|---|---|---|
| | | | | | |

## MORTGAGE HOLDER(S)

APPLIES TO BUSINESS INCOME ONLY

| PREM. NO. | BLDG. NO. | MORTGAGE HOLDER NAME AND MAILING ADDRESS |
|---|---|---|
| 1 | 1 | SFC, LLC, P. O. BOX 7129, FAIRFAX STATION, VA  22039 |
| 1 | 1 | CHISTOPHER VANARSDALE, 2308 19TH ST, NW, WASHINGTON, DC 20009 |

## DEDUCTIBLE

$250. EXCEPTIONS:   $1,000.00

## FORMS AND ENDORSEMENTS  (other than applicable Forms and Endorsements shown elsewhere in the policy)

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:

APPLICABLE TO ALL COVERAGES:

| APPLICABLE TO SPECIFIC PREMISES/COVERAGES: | PREM. NO. | BLDG. NO. | COVERAGES | FORM NUMBERS |
|---|---|---|---|---|
| | | | | |

THIS SUPPLEMENTAL DECLARATIONS AND THE COMMERCIAL PROPERTY DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS COMPLETE THE ABOVE NUMBERED POLICY.

MOBZJT

ARF3458

PLTF 0004