# all risks
## LIMITED

**CORPORATE OFFICE**

**Maryland Office**
10150 York Road
5th Floor
Hunt Valley, MD 21030
(410)828-5810
Fax:(410)828-8179

**Branch Offices**

**Arizona Office**
8805 N. 23rd Avenue
Suite 400
Phoenix, AZ 85021
(602)494-7200
Fax:(602)494-0200

**Florida Offices**
3363 Commercial Blvd
Suite 115
Ft. Lauderdale, FL 33309
(954)731-5600
Fax:(954)731-5554

1001 N. US Highway One
Suite 304
Jupiter, FL 33477
(561)748-1250
Fax:(561)748-1560

**Georgia Office**
2160 Satellite Blvd.
Suite 170
Duluth, GA 30097
(770)495-3588
Fax:(770)495-3591

**Pennsylvania Offices**
2555 Kingston Road
Suite 250
York, PA 17402
(717)600-0417
Fax:(717)600-2291

1100 E. Hector Street
Suite 315
Conshohocken, PA 19428
(610)832-0276
Fax:(610)832-1508

**Virginia Office**
9030 Stony Point Pky.
Suite 230
Richmond, VA 23235
(804)330-4652
Fax:(804)330-9485

www.allrisks.com

```
                    *** CONFIRMATION OF INSURANCE ***        PAGE     1
                    ***    PROPERTY & CASUALTY    ***

      POLICY PERIOD:   0475/ATR049         6/28/04  THRU  6/28/05
      POLICY PERIOD:   0475/ATR049         6/28/04  THRU  6/28/05
      POLICY PERIOD:   0984/SMP579         6/28/04  THRU  6/28/05
      POLICY PERIOD:   0382/DPM054         6/28/04  THRU  6/28/05

      WE CONFIRM THAT ACTING UPON YOUR INSTRUCTIONS AND FOR YOUR ACCOUNT WE HAVE
      PROCURED INSURANCE, SUBJECT TO ALL OF THE TERMS AND CONDITIONS HEREINAFTER
      STATED AS FOLLOWS:

      INSURED                              BROKER
      EZANA CORP                           ACE INSURANCE SERVICES, INC.
      2238 C GALLOWA ROAD                  7794 BALLSTON DRIVE
      VIENNA VA 22182                      SPRINGFIELD VA 22153
                                           450048

      LOCATION OF RISK
      5005 D ST SE, WASH DC
      5007 D ST SE, WASH DC

      DESCRIPTION OF BUSINESS
      LESSOR RISK

      Section I / Property Coverage
      Limit        Property Covered                Causes of Loss

      $900,000     BUILDING                        SPECIAL FORM
                   80% CO-INS RC   BASIS
                   $1000  DEDUCTIBLE


      PREMIUM:                      $6,300.00
      TAX:                            $126.00
      INSPECTION FEE:                  $90.00
      POLICY FEE:                     $250.00
      MINIMUM EARNED PREMIUM:  25% AT INCEPTION.
      ****************************************************************
      CERTAIN UNDERWRITERS AT LLOYDS       0475/ATR049        34.0 %
      CERTAIN UNDERWRITERS AT LLOYDS       0382/DPM054        33.0 %
      CERTAIN UNDERWRITERS AT LLOYDS       0984/SMP579        33.0 %
      ****************************************************************


      SECTION II / GENERAL LIABILITY COVERAGE :
      GENERAL AGGREGATE                               1,000,000
      PRODUCTS/COMPLETED OPERATIONS AGGREGATE           500,000

                         (CONTINUED)
```



```
                        *** CONFIRMATION OF INSURANCE ***            PAGE    2
                        ***    PROPERTY & CASUALTY    ***
```

**CORPORATE OFFICE**

**Maryland Office**
10150 York Road
5th Floor
Hunt Valley, MD 21030
(410)828-5810
Fax:(410)828-8179

**Branch Offices**

**Arizona Office**
8805 N. 23rd Avenue
Suite 400
Phoenix, AZ 85021
(602)494-7200
Fax:(602)494-0200

**Florida Offices**
3363 Commercial Blvd
Suite 115
Ft. Lauderdale, FL 33309
(954)731-5600
Fax:(954)731-5554

1001 N. US Highway One
Suite 304
Jupiter, FL 33477
(561)748-1250
Fax:(561)748-1560

**Georgia Office**
2160 Satellite Blvd.
Suite 170
Duluth, GA 30097
(770)495-3588
Fax:(770)495-3591

**Pennsylvania Offices**
2555 Kingston Road
Suite 250
York, PA 17402
(717)600-0417
Fax:(717)600-2291

1100 E. Hector Street
Suite 315
Conshohocken, PA 19428
(610)832-0276
Fax:(610)832-1508

**Virginia Office**
9030 Stony Point Pky.
Suite 230
Richmond, VA 23235
(804)330-4652
Fax:(804)330-9485

www.allrisks.com

```
RE:     EZANA CORP

PERSONAL & ADVERTISING INJURY                    500,000
EACH OCCURRENCE                                  500,000
FIRE DAMAGE LEGAL LIABILITY                      100,000
MEDICAL PAYMENTS                                   5,000


DEDUCTIBLE:          $500   PER CLAIM INCLUDING LOSS ADJUSTMENT
                            EXPENSE AND DEFENSE COSTS.

PREMIUM:                    $1,917.00
TAX:                           $38.34
MINIMUM EARNED PREMIUM:  25% AT INCEPTION.
PREMIUM IS SUBJECT TO AUDIT.
************************************************************
CERTAIN UNDERWRITERS AT LLOYDS          0475/ATR049          100.0 %
************************************************************

APPLICABLE TERMS (ACTUAL POLICY MAY CONTAIN ADDITIONAL TERMS):
- LAND, WATER AND AIR EXCLUSION
- SEEPAGE AND/OR POLLUTION AND/OR CONTAMINATION EXCLUSION
- COMMERCIAL GENERAL LIABILITY COVERAGE FORM
- MINIMUM AND ADVANCE PREMIUM ENDORSEMENT
- TOTAL LOSS ENDORSEMENT
- VACANCY & UNOCCUPANCY CLAUSE
- SERVICE OF SUIT CLAUSE (U.S.A.)
- COMBINATION ENDORSEMENT FOR CGL 98 FORM-LIABILITY INSURANCE
- DEDUCTIBLE LIABILITY INSURANCE
- LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT
- EXCLUSION-YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC
- MARYLAND CHANGES
- PROTECTIVE SAFEGUARDS
- RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE
- SERVICE OF SUIT CLAUSE
- MARYLAND CHANGES
- EXCLUSION-YEAR 2000 COMPUTER RELATED AND OTHER ELECTRONIC
- BUILDING AND PERSONAL PROPERTY COVERAGE
- COMMERCIAL PROPERTY CONDITIONS
- CAUSE OF LOSS - SPECIAL FORM
- COMMON POLICY CONDITIONS
- SEVERAL LIABILITY NOTICE
- ELECTRONIC DATE RECOGNITION EXCLUSIN (EDRE)
- TERRORISM EXCLUSION ENDORSEMENT
- BIOLOGICAL OR CHEMICAL MATERIALS EXCLUSION

REMARKS:
```

(CONTINUED)



*** CONFIRMATION OF INSURANCE ***          PAGE    3
*** PROPERTY & CASUALTY ***

**CORPORATE OFFICE**

**Maryland Office**
10150 York Road
5th Floor
Hunt Valley, MD 21030
(410)828-5810
Fax:(410)828-8179

**Branch Offices**

**Arizona Office**
8805 N. 23rd Avenue
Suite 400
Phoenix, AZ 85021
(602)494-7200
Fax:(602)494-0200

**Florida Offices**
3363 Commercial Blvd
Suite 115
Ft. Lauderdale, FL 33309
(954)731-5600
Fax:(954)731-5554

1001 N. US Highway One
Suite 304
Jupiter, FL 33477
(561)748-1250
Fax:(561)748-1560

**Georgia Office**
2160 Satellite Blvd.
Suite 170
Duluth, GA 30097
(770)495-3588
Fax:(770)495-3591

**Pennsylvania Offices**
2555 Kingston Road
Suite 250
York, PA 17402
(717)600-0417
Fax:(717)600-2291

1100 E. Hector Street
Suite 315
Conshohocken, PA 19428
(610)832-0276
Fax:(610)832-1508

**Virginia Office**
9030 Stony Point Pky.
Suite 230
Richmond, VA 23235
(804)330-4652
Fax:(804)330-9485

www.allrisks.com

RE:     EZANA CORP

        - A FULLY COMPLETED ACORD APPLICATION, SIGNED BY
          THE CLIENT, WILL BE DUE AT BINDING

THIS BINDER WILL BE NULL AND VOID ON  9/26/04  (90 DAYS FROM THE DATE ON WHICH
INSURANCE IS EFFECTIVE) OR ON THE DELIVERY OF POLICIES WHICHEVER COMES FIRST.

CANCELLATION: THIS INSURANCE MAY BE CANCELLED BY WRITTEN NOTICE BY EITHER THE
INSURED OR THE INSURER(S) THROUGH US.  NOTICE OF CANCELLATION SHALL BE DEEMED
GIVEN BY THE INSURER(S) WHEN GIVEN BY US TO THE INSURED OR ITS REPRESENTA-
TIVE.  IN THE EVENT OF CANCELLATION OF THIS INSURANCE, THE INSURER(S) SHALL
BE ENTITLED TO THE PREMIUM EARNED ON A SHORT RATE BASIS IF CANCELLED BY THE
INSURED AND A PRO RATA BASIS IF CANCELLED BY THE INSURER(S).

THIS INSURANCE IS SUBJECT TO ALL TERMS AND CONDITIONS OF THE COVER NOTE,
CERTIFICATE OF INSURANCE AND/OR POLICY WHICH MAY BE ISSUED. THIS CONFIRMATION
SHALL BE AUTOMATICALLY TERMINATED AND VOIDED BY DELIVERY OF THE COVER NOTE,
CERTIFICATE OF INSURANCE OR POLICY TO THE INSURED OR ITS REPRESENTATIVE.


THIS BINDER WILL BE NULL AND VOID ON  9/26/04  (90 DAYS FROM THE DATE ON WHICH
INSURANCE IS EFFECTIVE) OR ON THE DELIVERY OF POLICIES WHICHEVER COMES FIRST.
  6/29/04
SREBBERT



```
                              *** INVOICE  INVOICE  INVOICE ***              PAGE     4

                    INSURER(S)                              POLICY NUMBER          EFFECTIVE
                    CERTAIN UNDERWRITERS AT LLOYDS          0475/ATR049              6/28/04
CORPORATE OFFICE    CERTAIN UNDERWRITERS AT LLOYDS          0475/ATR049              6/28/04
                    CERTAIN UNDERWRITERS AT LLOYDS          0984/SMP579              6/28/04
Maryland Office     CERTAIN UNDERWRITERS AT LLOYDS          0382/DPM054              6/28/04
10150 York Road
5th Floor
Hunt Valley, MD 21030
(410)828-5810
Fax:(410)828-8179   INSURED                                 BROKER
                    EZANA CORP                              ACE INSURANCE SERVICES, INC.
Branch Offices      2238 C GALLOWA ROAD                     7794 BALLSTON DRIVE
                    VIENNA VA 22182                         SPRINGFIELD VA 22153
Arizona Office                                              450048
8805 N. 23rd Avenue
Suite 400
Phoenix, AZ 85021
(602)494-7200       PREMIUM:                  $8,217.00
Fax:(602)494-0200   TAX:                        $164.34
                    INSPECTION FEE:              $90.00
Florida Offices     POLICY FEE:                 $250.00
3363 Commercial Blvd TOTAL:                   $8,721.34
Suite 115
Ft. Lauderdale, FL 33309
(954)731-5600       COMMISSION:                   .1000
Fax:(954)731-5554   NET AMOUNT DUE:           $7,899.64

1001 N. US Highway One  PLEASE REMIT TO:
Suite 304           ALL RISKS, LTD
Jupiter, FL 33477   ACCOUNTS PAYABLE
(561)748-1250       10150 YORK ROAD
Fax:(561)748-1560   5TH FLOOR
                    HUNT VALLEY MD 21030
Georgia Office
2160 Satellite Blvd.
Suite 170
Duluth, GA 30097    CERTIFICATES OF INSURANCE CAN BE OBTAINED BY LOGGING ONTO ALLRISKS ONLINE
(770)495-3588       AT WWW.ALLRISKS.COM. CALL YOUR UNDERWRITER IF YOU NEED ASSISTANCE.
Fax:(770)495-3591

Pennsylvania Offices
2555 Kingston Road
Suite 250
York, PA 17402
(717)600-0417
Fax:(717)600-2291

1100 E. Hector Street
Suite 315
Conshohocken, PA 19428
(610)832-0276
Fax:(610)832-1508

Virginia Office
9030 Stony Point Pky.
Suite 230
Richmond, VA 23235
(804)330-4652
Fax:(804)330-9485


www.allrisks.com                                                              PLTF 0124
```