

**CORPORATE OFFICE**

**Maryland Office**
10150 York Road
5th Floor
Hunt Valley, MD 21030
(410)828-5810
Fax:(410)828-8179

**Branch Offices**

**Arizona Office**
8805 N. 23rd Avenue
Suite 400
Phoenix, AZ 85021
(602)494-7200
Fax:(602)494-0200

**Florida Offices**
3363 Commercial Blvd
Suite 115
Ft. Lauderdale, FL 33309
(954)731-5600
Fax:(954)731-5554

1001 N. US Highway One
Suite 304
Jupiter, FL 33477
(561)748-1250
Fax:(561)748-1560

**Georgia Office**
2160 Satellite Blvd.
Suite 170
Duluth, GA 30097
(770)495-3588
Fax:(770)495-3591

**Pennsylvania Offices**
2555 Kingston Road
Suite 250
York, PA 17402
(717)600-0417
Fax:(717)600-2291

1100 E. Hector Street
Suite 315
Conshohocken, PA 19428
(610)832-0276
Fax:(610)832-1508

**Virginia Office**
9030 Stony Point Pky.
Suite 230
Richmond, VA 23235
(804)330-4652
Fax:(804)330-9485

www.allrisks.com

---

```
                   COMMERCIAL LINES INSURANCE QUOTATION          PAGE    1
       6/28/04

FROM:   Barbara Mulliken
        MARYLAND OFC              Extension: 3014
        FAX#: 1-410-828-8179

TO:     ACE INSURANCE SERVICES, INC.    450048
        FAX#: 1-703-644-2759

ATTN:   SAMUEL BEKELE

RE:     EZANA CORP

WE ARE PLEASED TO SUBMIT OUR PROPOSAL FOR THE CAPTIONED SUBJECT. QUOTE IS
BASED ON THE FOLLOWING LIMITS, COVERAGE, ETC. PLEASE READ QUOTE CAREFULLY
AS COVERAGES BEING OFFERED MAY BE MORE LIMITED THAN COVERAGES REQUESTED.

Section I / Property Coverage
Limit        Property Covered              Causes of Loss

$900,000     BUILDING                      SPECIAL FORM
             80% CO-INS RC  BASIS
             $2500  DEDUCTIBLE

PREMIUM:                         $6,120.00
TAX:                               $122.40
INSPECTION FEE:                     $90.00
POLICY FEE:                        $250.00
COMPANY:                         CERTAIN UNDERWRITERS AT LLOYDS
MINIMUM EARNED PREMIUM:  25% AT INCEPTION.
***************************************************************

SECTION II / GENERAL LIABILITY COVERAGE :
GENERAL AGGREGATE                                   1,000,000
PRODUCTS/COMPLETED OPERATIONS AGGREGATE               500,000
PERSONAL & ADVERTISING INJURY                         500,000
EACH OCCURRENCE                                       500,000
FIRE DAMAGE LEGAL LIABILITY                           100,000
MEDICAL PAYMENTS                                        5,000

DEDUCTIBLE:         $500   PER CLAIM INCLUDING LOSS ADJUSTMENT
                           EXPENSE AND DEFENSE COSTS.

PREMIUM:                         $1,917.00
TAX:                                $38.34
COMPANY:                         CERTAIN UNDERWRITERS AT LLOYDS

                          (CONTINUED)
```

PLTF 0104



COMMERCIAL LINES INSURANCE QUOTATION          PAGE    2

**CORPORATE OFFICE**

**Maryland Office**
10150 York Road
5th Floor
Hunt Valley, MD 21030
(410)828-5810
Fax:(410)828-8179

**Branch Offices**

**Arizona Office**
8805 N. 23rd Avenue
Suite 400
Phoenix, AZ 85021
(602)494-7200
Fax:(602)494-0200

**Florida Offices**
3363 Commercial Blvd
Suite 115
Ft. Lauderdale, FL 33309
(954)731-5600
Fax:(954)731-5554

1001 N. US Highway One
Suite 304
Jupiter, FL 33477
(561)748-1250
Fax:(561)748-1560

**Georgia Office**
2160 Satellite Blvd.
Suite 170
Duluth, GA 30097
(770)495-3588
Fax:(770)495-3591

**Pennsylvania Offices**
2555 Kingston Road
Suite 250
York, PA 17402
(717)600-0417
Fax:(717)600-2291

1100 E. Hector Street
Suite 315
Conshohocken, PA 19428
(610)832-0276
Fax:(610)832-1508

**Virginia Office**
9030 Stony Point Pky.
Suite 230
Richmond, VA 23235
(804)330-4652
Fax:(804)330-9485

www.allrisks.com

RE:     EZANA CORP

MINIMUM EARNED PREMIUM:  25% AT INCEPTION.
PREMIUM IS SUBJECT TO AUDIT.
****************************************************************

APPLICABLE TERMS (ACTUAL POLICY MAY CONTAIN ADDITIONAL TERMS):
- LAND, WATER AND AIR EXCLUSION
- SEEPAGE AND/OR POLLUTION AND/OR CONTAMINATION EXCLUSION
- COMMERCIAL GENERAL LIABILITY COVERAGE FORM
- MINIMUM AND ADVANCE PREMIUM ENDORSEMENT
- TOTAL LOSS ENDORSEMENT
- VACANCY & UNOCCUPANCY CLAUSE
- SERVICE OF SUIT CLAUSE (U.S.A.)
- COMBINATION ENDORSEMENT FOR CGL 98 FORM-LIABILITY INSURANCE
- DEDUCTIBLE LIABILITY INSURANCE
- LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT
- EXCLUSION-YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC
- MARYLAND CHANGES
- PROTECTIVE SAFEGUARDS
- RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE
- SERVICE OF SUIT CLAUSE
- MARYLAND CHANGES
- EXCLUSION-YEAR 2000 COMPUTER RELATED AND OTHER ELECTRONIC
- BUILDING AND PERSONAL PROPERTY COVERAGE
- COMMERCIAL PROPERTY CONDITIONS
- CAUSE OF LOSS - SPECIAL FORM
- COMMON POLICY CONDITIONS
- SEVERAL LIABILITY NOTICE
- ELECTRONIC DATE RECOGNITION EXCLUSIN (EDRE)
- TERRORISM EXCLUSION ENDORSEMENT
- BIOLOGICAL OR CHEMICAL MATERIALS EXCLUSION

TOTAL NUMBERS
PREMIUM:              $8,037.00
TAX:                    $160.74
INSPECTION FEE:          $90.00
POLICY FEE:             $250.00
TOTAL:                $8,537.74

COMPANY:         CERTAIN UNDERWRITERS AT LLOYDS
COMMISSION:      .1000

REMARKS: TERRORISM COVERAGE IS AVAILABLE FOR AN OPTIONAL
         ADDITIONAL CHARGE OF $1446.00 PLUS TAX. THE
         ATTACHED FORM WILL BE REQUIRED TO BE SIGNED BY
         THE APPLICANT PRIOR TO BINDING, REGARDLESS

(CONTINUED)

PLTF 0105

# all risks
## LIMITED

COMMERCIAL LINES INSURANCE QUOTATION          PAGE    3

**CORPORATE OFFICE**

**Maryland Office**
10150 York Road
5th Floor
Hunt Valley, MD 21030
(410)828-5810
Fax:(410)828-8179

**Branch Offices**

**Arizona Office**
8805 N. 23rd Avenue
Suite 400
Phoenix, AZ 85021
(602)494-7200
Fax:(602)494-0200

**Florida Offices**
3363 Commercial Blvd
Suite 115
Ft. Lauderdale, FL 33309
(954)731-5600
Fax:(954)731-5554

1001 N. US Highway One
Suite 304
Jupiter, FL 33477
(561)748-1250
Fax:(561)748-1560

**Georgia Office**
2160 Satellite Blvd.
Suite 170
Duluth, GA 30097
(770)495-3588
Fax:(770)495-3591

**Pennsylvania Offices**
2555 Kingston Road
Suite 250
York, PA 17402
(717)600-0417
Fax:(717)600-2291

1100 E. Hector Street
Suite 315
Conshohocken, PA 19428
(610)832-0276
Fax:(610)832-1508

**Virginia Office**
9030 Stony Point Pky.
Suite 230
Richmond, VA 23235
(804)330-4652
Fax:(804)330-9485

www.allrisks.com

RE:   EZANA CORP
      OF THEIR DECISION TO PURCHASE COVERAGE.
      QUOTE IS SUBJECT TO RECEIPT AND FAVORABLE REVIEW
      OF THE FOLLOWING:
      -   CONFIRMATION THAT THE APARTMENTS ARE NOT
          SECTION 8 HOUSING OR STUDENT OCCUPIED
      -   A FULLY COMPLETED ACORD APPLICATION, SIGNED BY
          THE CLIENT, WILL BE DUE AT BINDING

(CONTINUED)

PLTF 0106



COMMERCIAL LINES INSURANCE QUOTATION          PAGE    4

**CORPORATE OFFICE**    RE:    EZANA CORP

**Maryland Office**
10150 York Road
5th Floor
Hunt Valley, MD 21030
(410)828-5810
Fax:(410)828-8179

QUOTE IS SUBJECT TO A SATISFACTORY INSPECTION AND IS VALID FOR  30 DAYS. IF COVERAGE IS BOUND PLEASE PROVIDE THE NAME AND NUMBER OF THE INSPECTION CONTACT. IF COVERAGE IS FINANCED, WE CANNOT GUARANTEE REINSTATEMENT FOR NON-PAYMENT OF PREMIUM. REINSTATEMENT ELIGIBILITY VARIES BY INDIVIDUAL CARRIER. WE LOOK FORWARD TO HEARING FROM YOU.

**Branch Offices**

**Arizona Office**
8805 N. 23rd Avenue
Suite 400
Phoenix, AZ 85021
(602)494-7200
Fax:(602)494-0200

**Florida Offices**
3363 Commercial Blvd
Suite 115
Ft. Lauderdale, FL 33309
(954)731-5600
Fax:(954)731-5554

1001 N. US Highway One
Suite 304
Jupiter, FL 33477
(561)748-1250
Fax:(561)748-1560

**Georgia Office**
2160 Satellite Blvd.
Suite 170
Duluth, GA 30097
(770)495-3588
Fax:(770)495-3591

**Pennsylvania Offices**
2555 Kingston Road
Suite 250
York, PA 17402
(717)600-0417
Fax:(717)600-2291

1100 E. Hector Street
Suite 315
Conshohocken, PA 19428
(610)832-0276
Fax:(610)832-1508

**Virginia Office**
9030 Stony Point Pky.
Suite 230
Richmond, VA 23235
(804)330-4652
Fax:(804)330-9485

www.allrisks.com

PLTF 0107