UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

CERTAIN INTERESTED UNDERWRITERS :
AT LLOYD'S SUBSCRIBING TO :
CERTIFICATE NUMBERS 0475/ATR040, :
0382/DPM054, and 0984/SMP579, :
:
    Plaintiff, :
:
v. : Case No.: 1:05cv2076 (PLF)
:
EZANA CORPORATION, et al., :
:
    Defendants. :

### AFFIDAVIT OF SAMUEL BEKELE

Comes now, your affiant, Samuel Bekele and states as follows under penalties of perjury:

1. I am over the age of 18 and am competent to testify. This information is provide upon my personal knowledge.

2. I am the President and sole shareholder of Ace Insurance of VA., Inc. ("Ace Insurance").

3. I have operated Ace Insurance for approximately three years. Prior to that time, I operated as a sole proprietor under the trade name of Ace Insurance Services for approximately seven years.

4. Ace Insurance's primary business concern is that of an independent insurance agent and/or broker.

5. As an agent and/or broker, Ace Insurance attempts to match persons and/or companies who are in need of certain insurance products with insurance companies who offer these specific products.

6. Ace Insurance does not act as an insurer for insureds. It merely acts as a go between for those persons and/or companies in need of specific insurance products and those insurance companies offering such products.

7. On or about June 23, 2004, I was contacted by Alexander Matthews ("Mr. Matthews"), President of Ezana Corporation, and was asked to help secure insurance for him for property located at 5005-5009 D Street, S.E. Mr. Matthews provided me with information concerning the property, and I passed this on to All Risks Limited ("All Risks"), which, in turn, obtained a quote from Lloyds of London. This resulted in a binder being issued for the subject property on or about June 28, 2004, subject to a completed, signed application, as well an inspection of the property within 30 days. (*See* Complaint; *See also* Attachment A, PLTF. 104-07). The signed application was submitted to All Risks on or about June 28, 2004. (SB 004). This application included a description of the property as was provided to me by Mr. Matthews. Mr. Matthews represented to me that Ezana Corporation was the owner of the property, and that it owned three contiguous buildings. Mr. Matthews provided the address as 5005, 5007, and 5009 D Street, S.E., and this information was included in the property description portion of the application. (SB 008).

8. At no time in 2004 did Mr. Matthews provide information to me that Mekki LLC should be placed on the insurance policy. After All Risks agreed to bind the insurance, an endorsement was issued to reflect that Mr. Abid Karrakchou ("Mr. Karrakchou") should be named as an insured effective June 28, 2004. (SB 011). On July 12, 2005, James T. Zelloe requested that insurance be placed for Mekki, LLC. (SB 039).

9. I never had any direct contact with any individual from Lloyds of London. At all

relevant times, All Risks communicated with Lloyds of London regarding the subject insurance policy. Furthermore, all the information that I submitted to All Risks was provided to me by Mr. Matthews. All Risks indicated in its binder that an inspection of the property would take place within 30 days from the date coverage was bound. (*See* Complaint, Attachment A, PLTF 104-07; *See also* SB 029).

Further your affiant sayeth not.

_____
Samuel Bekele

Sworn and subscribed before me this 21 day of DECEMBER, 2005.

_____
Notary Public

My Commission Expires: JANUARY 31, 2009.

3