

```
                     *** CONFIRMATION OF INSURANCE ***           PAGE    1
                     ***   PROPERTY & CASUALTY   ***
```

**CORPORATE OFFICE**

POLICY PERIOD:   0475/ATR049    6/28/04  THRU  6/28/05
POLICY PERIOD:   0475/ATR049    6/28/04  THRU  6/28/05
POLICY PERIOD:   0984/SMP579    6/28/04  THRU  6/28/05
POLICY PERIOD:   0382/DPM054    6/28/04  THRU  6/28/05

**Maryland Office**
10150 York Road
5th Floor
Hunt Valley, MD 21030
(410)828-5810
Fax:(410)828-8179

WE CONFIRM THAT ACTING UPON YOUR INSTRUCTIONS AND FOR YOUR ACCOUNT WE HAVE
PROCURED INSURANCE, SUBJECT TO ALL OF THE TERMS AND CONDITIONS HEREINAFTER
STATED AS FOLLOWS:

**Branch Offices**

**Arizona Office**
8805 N. 23rd Avenue
Suite 400
Phoenix, AZ 85021
(602)494-7200
Fax:(602)494-0200

INSURED                                BROKER
EZANA CORP                             ACE INSURANCE SERVICES, INC.
2238 C GALLOWA ROAD                    7794 BALLSTON DRIVE
VIENNA VA 22182                        SPRINGFIELD VA 22153
                                       450048

**Florida Offices**
3363 Commercial Blvd
Suite 115
Ft. Lauderdale, FL 33309
(954)731-5600
Fax:(954)731-5554

LOCATION OF RISK
5005 D ST SE, WASH DC
5007 D ST SE, WASH DC

1001 N. US Highway One
Suite 304
Jupiter, FL 33477
(561)748-1250
Fax:(561)748-1560

DESCRIPTION OF BUSINESS
LESSOR RISK

**Section I / Property Coverage**
Limit       Property Covered                        Causes of Loss

$900,000    BUILDING                                SPECIAL FORM
            80% CO-INS RC BASIS
            $1000 DEDUCTIBLE

**Georgia Office**
2160 Satellite Blvd.
Suite 170
Duluth, GA 30097
(770)495-3588
Fax:(770)495-3591

**Pennsylvania Offices**
2555 Kingston Road
Suite 250
York, PA 17402
(717)600-0417
Fax:(717)600-2291

PREMIUM:                    $6,300.00
TAX:                          $126.00
INSPECTION FEE:                $90.00
POLICY FEE:                   $250.00
MINIMUM EARNED PREMIUM:   25% AT INCEPTION.
*****************************************************************
CERTAIN UNDERWRITERS AT LLOYDS              0475/ATR049      34.0 %
CERTAIN UNDERWRITERS AT LLOYDS              0382/DPM054      33.0 %
CERTAIN UNDERWRITERS AT LLOYDS              0984/SMP579      33.0 %
*****************************************************************

1100 E. Hector Street
Suite 315
Conshohocken, PA 19428
(610)832-0276
Fax:(610)832-1508

**Virginia Office**
9030 Stony Point Pky.
Suite 230
Richmond, VA 23235
(804)330-4652
Fax:(804)330-9485

SECTION II / GENERAL LIABILITY COVERAGE :
GENERAL AGGREGATE                                   1,000,000
PRODUCTS/COMPLETED OPERATIONS AGGREGATE               500,000

www.allrisks.com

                          (CONTINUED)                               **PLTF 0121**

# all risks
LIMITED

**CORPORATE OFFICE**

**Maryland Office**
10150 York Road
5th Floor
Hunt Valley, MD 21030
(410)828-5810
Fax:(410)828-8179

**Branch Offices**

**Arizona Office**
8805 N. 23rd Avenue
Suite 400
Phoenix, AZ 85021
(602)494-7200
Fax:(602)494-0200

**Florida Offices**
3363 Commercial Blvd
Suite 115
Ft. Lauderdale, FL 33309
(954)731-5600
Fax:(954)731-5654

1001 N. US Highway One
Suite 304
Jupiter, FL 33477
(561)748-1250
Fax:(561)748-1560

**Georgia Office**
2160 Satellite Blvd.
Suite 170
Duluth, GA 30097
(770)495-3588
Fax:(770)495-3591

**Pennsylvania Offices**
2555 Kingston Road
Suite 250
York, PA 17402
(717)600-0417
Fax:(717)600-2291

1100 E. Hector Street
Suite 315
Conshohocken, PA 19428
(610)832-0276
Fax:(610)832-1508

**Virginia Office**
9030 Stony Point Pky.
Suite 230
Richmond, VA 23235
(804)330-4652
Fax:(804)330-9485

www.allrisks.com

```
                     *** CONFIRMATION OF INSURANCE ***        PAGE    2
                        *** PROPERTY & CASUALTY ***


          RE:    EZANA CORP

          PERSONAL & ADVERTISING INJURY                    500,000
          EACH OCCURRENCE                                  500,000
          FIRE DAMAGE LEGAL LIABILITY                      100,000
          MEDICAL PAYMENTS                                   5,000


          DEDUCTIBLE:         $500   PER CLAIM INCLUDING LOSS ADJUSTMENT
                                     EXPENSE AND DEFENSE COSTS.

          PREMIUM:                  $1,917.00
          TAX:                         $38.34
          MINIMUM EARNED PREMIUM:    25% AT INCEPTION.
          PREMIUM IS SUBJECT TO AUDIT.
          ****************************************************************
          CERTAIN UNDERWRITERS AT LLOYDS          0475/ATR049       100.0 %
          ****************************************************************

          APPLICABLE TERMS (ACTUAL POLICY MAY CONTAIN ADDITIONAL TERMS):
        - LAND, WATER AND AIR EXCLUSION
        - SEEPAGE AND/OR POLLUTION AND/OR CONTAMINATION EXCLUSION
        - COMMERCIAL GENERAL LIABILITY COVERAGE FORM
        - MINIMUM AND ADVANCE PREMIUM ENDORSEMENT
        - TOTAL LOSS ENDORSEMENT
        - VACANCY & UNOCCUPANCY CLAUSE
        - SERVICE OF SUIT CLAUSE (U.S.A.)
        - COMBINATION ENDORSEMENT FOR CGL 98 FORM-LIABILITY INSURANCE
        - DEDUCTIBLE LIABILITY INSURANCE
        - LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT
        - EXCLUSION-YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC
        - MARYLAND CHANGES
        - PROTECTIVE SAFEGUARDS
        - RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE
        - SERVICE OF SUIT CLAUSE
        - MARYLAND CHANGES
        - EXCLUSION-YEAR 2000 COMPUTER RELATED AND OTHER ELECTRONIC
        - BUILDING AND PERSONAL PROPERTY COVERAGE
        - COMMERCIAL PROPERTY CONDITIONS
        - CAUSE OF LOSS - SPECIAL FORM
        - COMMON POLICY CONDITIONS
        - SEVERAL LIABILITY NOTICE
        - ELECTRONIC DATE RECOGNITION EXCLUSIN (EDRE)
        - TERRORISM EXCLUSION ENDORSEMENT
        - BIOLOGICAL OR CHEMICAL MATERIALS EXCLUSION

          REMARKS:


                                 (CONTINUED)
```

# all risks LIMITED

```
                          *** CONFIRMATION OF INSURANCE ***            PAGE    3
                          ***     PROPERTY & CASUALTY     ***
```

**CORPORATE OFFICE**

**Maryland Office**
10150 York Road
5th Floor
Hunt Valley, MD 21030
(410)828-5810
Fax:(410)828-8179

**Branch Offices**

**Arizona Office**
8805 N. 23rd Avenue
Suite 400
Phoenix, AZ 85021
(602)494-7200
Fax:(602)494-0200

**Florida Offices**
3363 Commercial Blvd
Suite 115
Ft. Lauderdale, FL 33309
(954)731-5600
Fax:(954)731-5654

1001 N. US Highway One
Suite 304
Jupiter, FL 33477
(561)748-1250
Fax:(561)748-1560

**Georgia Office**
2160 Satellite Blvd.
Suite 170
Duluth, GA 30097
(770)495-3598
Fax:(770)495-3591

**Pennsylvania Offices**
2555 Kingston Road
Suite 250
York, PA 17402
(717)600-0417
Fax:(717)600-2291

1100 E. Hector Street
Suite 315
Conshohocken, PA 19428
(610)832-0276
Fax:(610)832-1508

**Virginia Office**
9030 Stony Point Pky.
Suite 230
Richmond, VA 23235
(804)330-4652
Fax:(804)330-9485

```
RE:      EZANA CORP

       - A FULLY COMPLETED ACORD APPLICATION, SIGNED BY
         THE CLIENT, WILL BE DUE AT BINDING

THIS BINDER WILL BE NULL AND VOID ON  9/26/04 (90 DAYS FROM THE DATE ON WHICH
INSURANCE IS EFFECTIVE) OR ON THE DELIVERY OF POLICIES WHICHEVER COMES FIRST.

CANCELLATION: THIS INSURANCE MAY BE CANCELLED BY WRITTEN NOTICE BY EITHER THE
INSURED OR THE INSURER(S) THROUGH US.  NOTICE OF CANCELLATION SHALL BE DEEMED
GIVEN BY THE INSURER(S) WHEN GIVEN BY US TO THE INSURED OR ITS REPRESENTA-
TIVE.  IN THE EVENT OF CANCELLATION OF THIS INSURANCE, THE INSURER(S) SHALL
BE ENTITLED TO THE PREMIUM EARNED ON A SHORT RATE BASIS IF CANCELLED BY THE
INSURED AND A PRO RATA BASIS IF CANCELLED BY THE INSURER(S).

THIS INSURANCE IS SUBJECT TO ALL TERMS AND CONDITIONS OF THE COVER NOTE,
CERTIFICATE OF INSURANCE AND/OR POLICY WHICH MAY BE ISSUED. THIS CONFIRMATION
SHALL BE AUTOMATICALLY TERMINATED AND VOIDED BY DELIVERY OF THE COVER NOTE,
CERTIFICATE OF INSURANCE OR POLICY TO THE INSURED OR ITS REPRESENTATIVE.


THIS BINDER WILL BE NULL AND VOID ON  9/26/04 (90 DAYS FROM THE DATE ON WHICH
INSURANCE IS EFFECTIVE) OR ON THE DELIVERY OF POLICIES WHICHEVER COMES FIRST.
  6/29/04
SREBBERT
```

www.allrisks.com

**PLTF 0123**

# all risks
## LIMITED

*** INVOICE   INVOICE   INVOICE ***                    PAGE    4

| INSURER(S) | POLICY NUMBER | EFFECTIVE |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS | 0475/ATR049 | 6/28/04 |
| CERTAIN UNDERWRITERS AT LLOYDS | 0475/ATR049 | 6/28/04 |
| CERTAIN UNDERWRITERS AT LLOYDS | 0984/SMP579 | 6/28/04 |
| CERTAIN UNDERWRITERS AT LLOYDS | 0382/DPM054 | 6/28/04 |

**CORPORATE OFFICE**

**Maryland Office**
10150 York Road
5th Floor
Hunt Valley, MD 21030
(410)828-5810
Fax:(410)828-8179

**Branch Offices**

**Arizona Office**
8805 N. 23rd Avenue
Suite 400
Phoenix, AZ 85021
(602)494-7200
Fax:(602)494-0200

**Florida Offices**
3363 Commercial Blvd
Suite 115
Ft. Lauderdale, FL 33309
(954)731-5600
Fax:(954)731-5554

1001 N. US Highway One
Suite 304
Jupiter, FL 33477
(561)748-1250
Fax:(561)748-1560

**Georgia Office**
2160 Satellite Blvd.
Suite 170
Duluth, GA 30097
(770)495-3588
Fax:(770)495-3591

**Pennsylvania Offices**
2555 Kingston Road
Suite 250
York, PA 17402
(717)600-0417
Fax:(717)600-2291

1100 E. Hector Street
Suite 315
Conshohocken, PA 19428
(610)832-0276
Fax:(610)832-1508

**Virginia Office**
9030 Stony Point Pky.
Suite 230
Richmond, VA 23235
(804)330-4652
Fax:(804)330-9485

INSURED
EZANA CORP
2238 C GALLOWA ROAD
VIENNA VA 22182

BROKER
ACE INSURANCE SERVICES, INC.
7794 BALLSTON DRIVE
SPRINGFIELD VA 22153
450048

| | |
|---|---|
| PREMIUM: | $8,217.00 |
| TAX: | $164.34 |
| INSPECTION FEE: | $90.00 |
| POLICY FEE: | $250.00 |
| TOTAL: | $8,721.34 |
| COMMISSION: | .1000 |
| NET AMOUNT DUE: | $7,899.64 |

PLEASE REMIT TO:
ALL RISKS, LTD
ACCOUNTS PAYABLE
10150 YORK ROAD
5TH FLOOR
HUNT VALLEY MD 21030

CERTIFICATES OF INSURANCE CAN BE OBTAINED BY LOGGING ONTO ALLRISKS ONLINE AT WWW.ALLRISKS.COM. CALL YOUR UNDERWRITER IF YOU NEED ASSISTANCE.

www.allrisks.com

**PLTF 0124**