# ACORD COMMERCIAL INSURANCE APPLICATION
## APPLICANT INFORMATION SECTION

**DATE (MM/DD/YYYY):** 6/24/2004

**AGENCY**
PHONE (A/C, No, Ext): (703) 644-2147
FAX (A/C, No.): (703) 644-2759

Ace Insurance Services of VA, Inc.
7794 Ballston Dr.
Springfield       VA  22153-2302

**CODE:**       **SUB CODE:**
**AGENCY CUSTOMER ID:** 00002138

**CARRIER:**    **NAIC CODE:**    **UNDERWRITER:**    **UNDERWRITER OFF.:**

**POLICIES OR PROGRAM REQUESTED**

**POLICY NUMBER**
QUOTE

**INDICATE SECTIONS ATTACHED**
- [X] PROPERTY
- [ ] GLASS AND SIGN
- [ ] ACCOUNTS RECEIVABLE/VALUABLE PAPERS
- [ ] CRIME/MISCELLANEOUS CRIME
- [ ] TRANSPORTATION/MOTOR TRUCK CARGO
- [ ] EQUIPMENT FLOATER
- [ ] INSTALLATION/BUILDERS RISK
- [ ] ELECTRONIC DATA PROC
- [X] COMMERCIAL GENERAL LIABILITY
- [ ] BUSINESS AUTO
- [ ] TRUCKERS/MOTOR CARRIER
- [ ] GARAGE AND DEALERS
- [ ] VEHICLE SCHEDULE
- [ ] BOILER & MACHINERY
- [ ] WORKERS COMPENSATION
- [ ] UMBRELLA

**STATUS OF TRANSACTION**
- [X] QUOTE
- [ ] ISSUE POLICY
- [ ] RENEW
- [ ] BOUND (Give Date and/or Attach Copy):
- [ ] CHANGE  DATE       TIME       AM
- [ ] CANCEL 6/23/2004                PM

**PACKAGE POLICY INFORMATION**
ENTER THIS INFORMATION WHEN COMMON DATES AND TERMS APPLY TO SEVERAL LINES, OR FOR MONOLINE POLICIES.

| PROPOSED EFF DATE | PROPOSED EXP DATE | BILLING PLAN | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| 6/23/2004 | 6/23/2005 | [X] DIRECT BILL<br>[ ] AGENCY BILL | Annual | A |

## APPLICANT INFORMATION

**NAME (First Named Insured & Other Named Insureds):** Ezana Corp

**FEIN OR SOC SEC # (of First Named Insured):** 52-177457
**PHONE (A/C, No, Ext):** (703) 204-0999

**MAILING ADDRESS INCL ZIP+4 (of First Named Insured):**
2238 C Gallows Rd
Vienna     VA   22182

**E-MAIL ADDRESS(ES):** airec@erols.com
**WEBSITE ADDRESS(ES):**

- [ ] INDIVIDUAL
- [ ] CORPORATION
- [X] SUBCHAPTER "S" CORPORATION
- [ ] LLC
- [ ] PARTNERSHIP
- [ ] JOINT VENTURE
- [ ] NOT FOR PROFIT ORG
- NO. OF MEMBERS AND MANAGERS: 2

**CR BUREAU NAME:**   **ID NUMBER:**   **DATE BUS STARTED:** 2004

**INSPECTION CONTACT:** Alex Matthews   PHONE: 703-898-1369
**ACCOUNTING RECORDS CONTACT:** Alex Matthews   PHONE: 703-898-1369

## PREMISES INFORMATION

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | PART OCCUPIED |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 5005 D Street, SE<br>Washington  DC  20019 | [X] INSIDE<br>[ ] OUTSIDE | [X] OWNER<br>[ ] TENANT | 1940 | | |
| 1 | 2 | 5007 D Street, SE<br>Washington  DC  20019 | [X] INSIDE<br>[ ] OUTSIDE | [X] OWNER<br>[ ] TENANT | 1940 | | |

**NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)**
Lessor risk

## GENERAL INFORMATION
EXPLAIN ALL "YES" RESPONSES

| | YES | NO |
|---|---|---|
| 1a. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY? | | X |
| 1b. DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | | X |
| 2. IS A FORMAL SAFETY PROGRAM IN OPERATION? | | X |
| 3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? | | X |
| 4. ANY CATASTROPHE EXPOSURE? | | X |
| 5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? | | X |
| 6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR 3 YEARS? (Not applicable in MO) | | X |
| 7. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? | | X |
| 8. DURING THE LAST FIVE YEARS (TEN IN RI), HAS ANY APPLICANT BEEN CONVICTED OF ANY DEGREE OF THE CRIME OF ARSON? (In RI, this question must be answered by any applicant for property insurance. Failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one year of imprisonment). | | X |
| 9. ANY UNCORRECTED FIRE CODE VIOLATIONS? | | X |
| 10. ANY BANKRUPTCIES, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST 5 YEARS? | | X |
| 11. HAS BUSINESS BEEN PLACED IN A TRUST? IF YES, NAME OF TRUST: | | X |

**REMARKS/PROCESSING INSTRUCTIONS**

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR, or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied).

THE UNDERSIGNED IS AN AUTHORIZED REPRESENTATIVE OF THE APPLICANT AND CERTIFIES THAT REASONABLE ENQUIRY HAS BEEN MADE TO OBTAIN THE ANSWERS TO QUESTIONS ON THIS APPLICATION. HE/SHE CERTIFIES THAT THE ANSWERS ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE.

**APPLICANT'S SIGNATURE:** [signature]   **DATE:** 6/28/2004
**PRODUCER'S SIGNATURE:** [signature]   **NATIONAL PRODUCER NUMBER:**

ACORD 125 (2003/01)    PLEASE COMPLETE PAGE 2    © ACORD CORPORATION 1993
INS125 (0302)    AMS    ELF Solutions - (800)327-0545    Page 1 of 2

SB 004

## PRIOR CARRIER INFORMATION

| LINE | CATEGORY | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CARRIER | New | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | | |
| | POLICY TYPE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | |
| | RETRO DATE | | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | | |
| COMMERCIAL GENERAL LIABILITY / LIMITS | GENERAL AGGREGATE | | | | | | | | | | | |
| | PRODUCTS COMP OP AGGREGATE | | | | | | | | | | | |
| | PERSONAL & ADV INJ | | | | | | | | | | | |
| | EACH OCCURRENCE | | | | | | | | | | | |
| | FIRE DAMAGE | | | | | | | | | | | |
| | MEDICAL EXPENSE | | | | | | | | | | | |
| | BODILY INJURY — OCCURRENCE | | | | | | | | | | | |
| | BODILY INJURY — AGGREGATE | | | | | | | | | | | |
| | PROPERTY DAMAGE — OCCURRENCE | | | | | | | | | | | |
| | PROPERTY DAMAGE — AGGREGATE | | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | | |
| AUTOMOBILE LIABILITY | CARRIER | | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | | | |
| | BODILY INJURY — EA PERSON | | | | | | | | | | | |
| | BODILY INJURY — EA ACCIDENT | | | | | | | | | | | |
| | PROPERTY DAMAGE | | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | | |
| PROPERTY | CARRIER | | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | | |
| | BUILDING    AMT | | | | | | | | | | | |
| | PERS PROP  AMT | | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | | |
| | CARRIER | | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | | |
| | LIMIT | | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | | |

## LOSS HISTORY

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE PRIOR 5 YEARS (3 YEARS IN KS & NY)   [X] CHK HERE IF NONE   SEE ATTACHED LOSS SUMMARY

| DATE OF OCCURRENCE | LINE | TYPE/DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | CLAIM STATUS |
|---|---|---|---|---|---|---|
| | | | | | | OPEN |
| | | | | | | CLOSED |
| | | | | | | OPEN |
| | | | | | | CLOSED |

REMARKS    NOTE: FIDELITY REQUIRES A FIVE YEAR LOSS HISTORY

ATTACHMENTS

STATE SUPPLEMENT(S) (If applicable)

COPY OF THE NOTICE OF INFORMATION PRACTICES (PRIVACY) HAS BEEN GIVEN TO THE APPLICANT. (Not applicable in all states, consult your agent or broker for your state's requirements.)

NOTICE OF INSURANCE INFORMATION PRACTICES PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE AND SUBSEQUENT POLICY RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES WITHOUT YOUR AUTHORIZATION. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTIONS ON HOW TO SUBMIT A REQUEST TO US.

# ACORD™ COMMERCIAL GENERAL LIABILITY SECTION

**DATE (MM/DD/YYYY):** 6/24/2004

| AGENCY | PHONE (A/C, No, Ext): (703)644-2147 |
|---|---|
| Ace Insurance Services of VA, Inc. | |
| 7794 Ballston Dr. | |
| Springfield   VA  22153-2302 | |

| CODE: | SUB CODE: |
|---|---|
| AGENCY CUSTOMER ID: 00002138 | |

**APPLICANT (First Named Insured):** Ezana Corp

| EFFECTIVE DATE | EXPIRATION DATE | DIRECT BILL [X] | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| 6/24/2004 | 6/24/2005 | AGENCY BILL [ ] | Annual | A |

FOR COMPANY USE ONLY

## COVERAGES / LIMITS

| | COVERAGES | LIMITS | | PREMIUMS |
|---|---|---|---|---|
| [X] | COMMERCIAL GENERAL LIABILITY | GENERAL AGGREGATE | $ 500,000 | PREMISES/OPERATIONS |
| [X] CLAIMS MADE  [ ] OCCURRENCE | | PRODUCTS & COMPLETED OPERATIONS AGGREGATE | $ 500,000 | |
| [ ] | OWNER'S & CONTRACTOR'S PROTECTIVE | PERSONAL & ADVERTISING INJURY | $ 500,000 | |
| | | EACH OCCURRENCE | $ 500,000 | |
| **DEDUCTIBLES** | | DAMAGE TO RENTED PREMISES (each occurrence) | $ 50,000 | PRODUCTS |
| [X] | PROPERTY DAMAGE  $ 250 | MEDICAL EXPENSE (Any one person) | $ 5,000 | |
| [X] | BODILY INJURY    $ 250  [X] PER CLAIM | EMPLOYEE BENEFITS | $ | |
| | $   [ ] PER OCCURRENCE | | | OTHER |

OTHER COVERAGES, RESTRICTIONS AND/OR ENDORSEMENTS (For hired/non-owned auto coverages attach the Business Auto Section, ACORD 127)

TOTAL

## SCHEDULE OF HAZARDS

| LOCATION # | CLASSIFICATION | CLASS CODE | PREMIUM BASIS | EXPOSURE | TERR | RATE PREM/OPS | RATE PRODUCTS | PREMIUM PREM/OPS | PREMIUM PRODUCTS |
|---|---|---|---|---|---|---|---|---|---|
| | | A | 16200 | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

RATING AND PREMIUM BASIS
(S) GROSS SALES - PER $1,000/SALES   (P) PAYROLL - PER $1,000/PAY   (C) TOTAL COST - PER $1,000/COST   (U) UNIT - PER UNIT
(A) AREA - PER 1,000/SQ FT   (M) ADMISSIONS - PER 1,000/ADM   (T) OTHER

## CLAIMS MADE (Explain all "Yes" responses)

1. PROPOSED RETROACTIVE DATE:
2. ENTRY DATE INTO UNINTERRUPTED CLAIMS MADE COV:
3. HAS ANY PRODUCT, WORK, ACCIDENT, OR LOCATION BEEN EXCLUDED, UNINSURED OR SELF-INSURED FROM ANY PREVIOUS COVERAGE?   YES [ ]  NO [ ]
4. WAS TAIL COVERAGE PURCHASED UNDER ANY PREVIOUS POLICY?

## EMPLOYEE BENEFITS LIABILITY

1. DEDUCTIBLE PER CLAIM: $
2. NUMBER OF EMPLOYEES:
3. NUMBER OF EMPLOYEES COVERED BY EMPLOYEE BENEFITS PLANS:
4. RETROACTIVE DATE:

REMARKS

REMARKS

ACORD 126 (2003/07)   PLEASE COMPLETE PAGE 2   © ACORD CORPORATION 1993
- INS126 (0309)   AMS   ELF Solutions - (800)327-0545   Page 1 of 2

SB 006

## CONTRACTORS

| EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT DRAW PLANS, DESIGNS, OR SPECIFICATIONS FOR OTHERS? | | | 4. DO YOUR SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN YOURS? | | |
| 2. DO ANY OPERATIONS INCLUDE BLASTING OR UTILIZE OR STORE EXPLOSIVE MATERIAL? | | | 5. ARE SUBCONTRACTORS ALLOWED TO WORK WITHOUT PROVIDING YOU WITH A CERTIFICATE OF INSURANCE? | | |
| 3. DO ANY OPERATIONS INCLUDE EXCAVATION, TUNNELING, UNDERGROUND WORK OR EARTH-MOVING? | | | 6. DOES APPLICANT LEASE EQUIPMENT TO OTHERS WITH OR WITHOUT OPERATORS? | | |

| REMARKS/DESCRIBE THE TYPE OF WORK SUBCONTRACTED | $ PAID TO SUB-CONTRACTORS: | % OF WORK SUBCONTRACTED: | # FULL-TIME STAFF: | # PART-TIME STAFF: |
|---|---|---|---|---|
| | | | | |

## PRODUCTS/COMPLETED OPERATIONS

| PRODUCTS | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET | EXPECTED LIFE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| | 252000 | | | | | |
| | | | | | | |
| | | | | | | |

| EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT INSTALL, SERVICE OR DEMONSTRATE PRODUCTS? | | X | 6. PRODUCTS RECALLED, DISCONTINUED, CHANGED? | | X |
| 2. FOREIGN PRODUCTS SOLD, DISTRIBUTED, USED AS COMPONENTS? | | X | 7. PRODUCTS OF OTHERS SOLD OR RE-PACKAGED UNDER APPLICANT LABEL? | | X |
| 3. RESEARCH AND DEVELOPMENT CONDUCTED OR NEW PRODUCTS PLANNED? | | X | 8. PRODUCTS UNDER LABEL OF OTHERS? | | X |
| 4. GUARANTEES, WARRANTIES, HOLD HARMLESS AGREEMENTS? | | X | 9. VENDORS COVERAGE REQUIRED? | | X |
| 5. PRODUCTS RELATED TO AIRCRAFT/SPACE INDUSTRY? | | X | 10. DOES ANY NAMED INSURED SELL TO OTHER NAMED INSUREDS? | | X |

PLEASE ATTACH LITERATURE, BROCHURES, LABELS, WARNINGS, ETC

## ADDITIONAL INTEREST/CERTIFICATE RECIPIENT     ACORD 45 attached for additional names

| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE #: | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER | |
|---|---|---|---|---|---|---|
| ADDITIONAL INSURED | | | | | LOCATION: | BUILDING: |
| LOSS PAYEE | | | | | VEHICLE: | BOAT: |
| MORTGAGEE | | | | | SCHEDULED ITEM NUMBER: | |
| LIENHOLDER | | | | | OTHER | |
| EMPLOYEE AS LESSOR | | | | | | |
| | | ITEM DESCRIPTION: | | | | |

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. ANY MEDICAL FACILITIES PROVIDED OR MEDICAL PROFESSIONALS EMPLOYED OR CONTRACTED? | | X | 12. ANY STRUCTURAL ALTERATIONS CONTEMPLATED? | | X |
| 2. ANY EXPOSURE TO RADIOACTIVE/NUCLEAR MATERIALS? | | X | 13. ANY DEMOLITION EXPOSURE CONTEMPLATED? | | X |
| 3. DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | | X | 14. HAS APPLICANT BEEN ACTIVE IN OR IS CURRENTLY ACTIVE IN JOINT VENTURES? | | X |
| | | | 15. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | | X |
| 4. ANY OPERATIONS SOLD, ACQUIRED, OR DISCONTINUED IN LAST 5 YEARS? | | X | 16. IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS OR SUBSIDIARIES? | | X |
| 5. MACHINERY OR EQUIPMENT LOANED OR RENTED TO OTHERS? | | X | 17. ARE DAY CARE FACILITIES OPERATED OR CONTROLLED? | | X |
| 6. ANY WATERCRAFT, DOCKS, FLOATS OWNED, HIRED OR LEASED? | | X | 18. HAVE ANY CRIMES OCCURRED OR BEEN ATTEMPTED ON YOUR PREMISES WITHIN THE LAST THREE YEARS? | | X |
| 7. ANY PARKING FACILITIES OWNED/RENTED? | | X | 19. IS THERE A FORMAL, WRITTEN SAFETY AND SECURITY POLICY IN EFFECT? | | X |
| 8. IS A FEE CHARGED FOR PARKING? | | X | | | |
| 9. RECREATION FACILITIES PROVIDED? | | X | 20. DOES THE BUSINESSES' PROMOTIONAL LITERATURE MAKE ANY REPRESENTATIONS ABOUT THE SAFETY OR SECURITY OF THE PREMISES? | | X |
| 10. IS THERE A SWIMMING POOL ON THE PREMISES? | | X | | | |
| 11. SPORTING OR SOCIAL EVENTS SPONSORED? | | X | | | |

**REMARKS**

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY:SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied.)

ACORD 126 (2003/07)                    ATTACH TO APPLICANT INFORMATION SECTION

- INS126 (0309)     AMS                    Page 2 of 2

SB 007

# ACORD™ PROPERTY SECTION

DATE (MM/DD/YYYY): 6/24/2004

| AGENCY | APPLICANT (First Named Insured): Ezana Corp |
|---|---|
| PHONE (A/C, No, Ext): (703) 644-2147 | |
| FAX (A/C, No): (703) 644-2759 | |
| Ace Insurance Services of VA, Inc. 7794 Ballston Dr. Springfield VA 22153-2302 | EFFECTIVE DATE: 6/24/2004  EXPIRATION DATE: 06/24/2005  X DIRECT BILL  AGENCY BILL  PAYMENT PLAN: Annual  AUDIT: A |
| CODE:  SUB CODE: | FOR COMPANY USE ONLY |
| AGENCY CUSTOMER ID: 00002138 | |

## PREMISES INFORMATION
PREMISES #: 1  BUILDING #:
STREET ADDRESS: 5005 D Street, SE
BLDG DESCRIPTION: 5005, 5007 & 5009 D St, SE, Washington, DC 20019

| SUBJECT OF INSURANCE | AMOUNT | COINS % | VALUATION | CAUSES OF LOSS | INFLATION GUARD % | DEDUCTIBLE | BLKT COV | FORMS AND CONDITIONS TO APPLY |
|---|---|---|---|---|---|---|---|---|
| Buildings | 900,000 | 90 | RCV | Building | | 1,000 | | |

ADDITIONAL INFORMATION  BUSINESS INCOME / EXTRA EXPENSE  BUSINESS INCOME W/O EXTRA EXPENSE  EXTRA EXPENSE

TYPE OF BUSINESS: NON MFG, MFG, MINING, % COINS
ORDINARY PAYROLL: EXCL, INCL, 90 DAYS, 180 DAYS
POWER/HEAT: $ DED, ELEC MEDIA, ORD OR LAW DAYS
EXT PERIOD: DAYS, MO PERIOD DAYS, MAX PERIOD
TUITION FEES: STUDENTS, OTHER ED SERV/INC, LIMIT
OFF PREM POWER: POWER, WATER, COMM (DESCR BELOW)
DEPEND PROP: % COIN, CONT LOC, REC LOC, MFG LOC, LDR LOC (DESC BELOW)

NAME AND ADDRESS(ES) FOR OFF PREM POWER OR DEPEND PROP

EXTRA EXPENSE  DAYS PERIOD REST
LIMIT LOSS PAY  %  %  %

ADDITIONAL COVERAGES, OPTIONS, RESTRICTIONS, ENDORSEMENTS AND RATING INFORMATION

| CONSTRUCTION TYPE | DISTANCE TO HYDRANT | FIRE STAT | FIRE DISTRICT/CODE NUMBER | PROT CL | # STORIES | # BASM'TS | YR BUILT | TOTAL AREA |
|---|---|---|---|---|---|---|---|---|
| Masonry | 500 FT | 3 MI | Washington DC | 02 | 2 | 1 | 1940 | 16000 |

BUILDING IMPROVEMENTS:
X WIRING, YR: 1998   X PLUMBING, YR: 1998
X ROOFING, YR: 1998  X HEATING, YR: 1998
X OTHER: CAC 1998

BLDG CODE GRADE  TAX CODE  ROOF TYPE: Tar &
WIND CLASS: RESISTIVE, SEMI-RESISTIVE, OTHER

OTHER OCCUPANCIES: Renters
HEATING BOILER ON PREMISES?  YES  X NO
IF YES, IS INSURANCE PLACED ELSEWHERE?  YES  NO

| RIGHT EXPOSURE & DISTANCE | LEFT EXPOSURE & DISTANCE | REAR EXPOSURE & DISTANCE |
|---|---|---|
| Apartment Building 50 | Apartment Building 50 | Parking Lot 10 |

| BURGLAR ALARM TYPE | CERTIFICATE # | EXPIRATION DATE | EXTENT | GRADE | |
|---|---|---|---|---|---|
| Burglar | | | | | X CENTRAL STATION / WITH KEYS |

BURGLAR ALARM INSTALLED AND SERVICED BY
# GUARDS/WATCHMEN: 1   CLOCK HOURLY

PREMISES FIRE PROTECTION (Sprinklers, Standpipes, CO2/Chemical Systems)  % SPRNK  FIRE ALARM MANUFACTURER
X CENTRAL STATION  LOCAL GONG

## ADDITIONAL INTERESTS

| RANK: | NAME AND ADDRESS: | REFERENCE #: | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|
| INTEREST: LOSS PAYEE, MORT-GAGEE X | SFC, LLC PO Box 7129 Fairfax Station VA 22039 | | | LOCATION:  BUILDING: X  SCHEDULED ITEM NUMBER:  OTHER: |
| | ITEM DESCRIPTION: 1st Trust $650,000 | | | |

## VALUE REPORTING INFORMATION

| REPORTING FORM: PROVIDE AVERAGE VALUES FOR PAST 12 MONTHS SUBJECT OF INSURANCE | PREMISES/ BUILDING | ANY OTHER LOCATION DECLARED AT INCEPTION | ANY OTHER LOCATION ACQUIRED AFTER INCEPTION | PREMISES NOT OWNED OR ACQUIRED LIMIT |
|---|---|---|---|---|
| | | | | |

ACORD 140 (2002/09)  ATTACH TO APPLICANT INFORMATION SECTION  © ACORD CORPORATION 1985
INS140 (0210).02  ELECTRONIC LASER FORMS, INC. - (800)327-0545  Page 1 of 2

SB 008

## ADDITIONAL PREMISES INFORMATION

| PREMISES #: | BUILDING #: | STREET ADDRESS | DESCRIPTION: |
|---|---|---|---|

| SUBJECT OF INSURANCE | AMOUNT | COINS | VALUATION | CAUSES OF LOSS | INFLATION GUARD % | DEDUCTIBLE | BLKT COV | FORMS AND CONDITIONS TO APPLY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## ADDITIONAL INFORMATION

| BUSINESS INCOME / EXTRA EXPENSE | BUSINESS INCOME W/O EXTRA EXPENSE | EXTRA EXPENSE |
|---|---|---|

| TYPE OF BUSINESS | ORDINARY PAYROLL | POWER/HEAT | EXT PERIOD | TUITION FEES | OFF PREM POWER | DEPEND PROP |
|---|---|---|---|---|---|---|
| ☐ NON MFG | ☐ EXCL  ☐ INCL | $ ___ DED | ___ DAYS | $ ___ STUDENTS | ☐ POWER | ___ % COIN |
| ☐ MFG | ☐ 90 DAYS | ELEC MEDIA  ___ DAYS | MO PERIOD ___ | $ ___ OTHER ED SERV/INC | ☐ WATER | ☐ CONT LOC |
| ☐ MINING | ☐ 180 DAYS | | LIMIT ___ | | ☐ COMM (DESCR BELOW) | ☐ REC LOC |
| ___ % COINS | $ ___ | ORD OR LAW  ___ DAYS | MAX PERIOD ___ | | | ☐ MFG LOC |
| | | | | | | ☐ LDR LOC (DESC BELOW) |

NAME AND ADDRESS(ES) FOR OFF PREM POWER OR DEPEND PROP

EXTRA EXPENSE ___ DAYS PERIOD REST
LIMIT LOSS PAY ___ % ___ % ___ % ___ %

ADDITIONAL COVERAGES, OPTIONS, RESTRICTIONS, ENDORSEMENTS AND RATING INFORMATION

| CONSTRUCTION TYPE | DISTANCE TO HYDRANT FT / FIRE STAT MI | FIRE DISTRICT/CODE NUMBER | PROT CL | # STORIES | # BASM'TS | YR BUILT | TOTAL AREA |
|---|---|---|---|---|---|---|---|

| BUILDING IMPROVEMENTS | | BLDG CODE GRADE | TAX CODE | ROOF TYPE | OTHER OCCUPANCIES | | |
|---|---|---|---|---|---|---|---|
| WIRING, YR: | PLUMBING, YR: | | | | | | |
| ROOFING, YR: | HEATING, YR: | WIND CLASS | | | HEATING BOILER ON PREMISES? | YES | NO |
| OTHER: | | ☐ RESISTIVE ☐ SEMI-RESISTIVE ☐ OTHER | | | IF YES, IS INSURANCE PLACED ELSEWHERE? | YES | NO |

| RIGHT EXPOSURE & DISTANCE | LEFT EXPOSURE & DISTANCE | REAR EXPOSURE & DISTANCE |
|---|---|---|

| BURGLAR ALARM TYPE | CERTIFICATE # | EXPIRATION DATE | EXTENT | GRADE | ☐ CENTRAL STATION ☐ WITH KEYS |
|---|---|---|---|---|---|
| BURGLAR ALARM INSTALLED AND SERVICED BY | | | # GUARDS/WATCHMEN | | ☐ CLOCK HOURLY |
| PREMISES FIRE PROTECTION (Sprinklers, Standpipes, CO2/Chemical Systems) | % SPRNK | FIRE ALARM MANUFACTURER | | | ☐ CENTRAL STATION ☐ LOCAL GONG |

## ADDITIONAL INTERESTS

| RANK: 2 | NAME AND ADDRESS: | REFERENCE #: | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|
| INTEREST | Chistopher Vanarsdale | | | LOCATION:  BUILDING: X |
| ☐ LOSS PAYEE | 2308 19th Street, NW | | | SCHEDULED ITEM NUMBER: |
| ☐ MORT-GAGEE | Washington   DC   20009 | | | OTHER: |
| X | ITEM DESCRIPTION: 2nd Trust, $120,000 | | | |

## REMARKS

Three contigues apartment buildings, masonry built in 1940, 16200 SF consisting of 27 apartment units of which 22 are rented and 5 vacant. Of the 27 units 22 are two bed room and 5 one bed room apartments.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied).

ACORD 140 (2002/09)
- INS140 (0210).02                                        Page 2 of 2

SB 009

# ACORD STATEMENT OF VALUES

| | |
|---|---|
| DATE | 6/24/2004 |

| PRODUCER | COMPANY | NAIC CODE: | PAGE |
|---|---|---|---|
| Ace Insurance Services of VA, 7794 Ballston Dr. Springfield  VA 22153-2302 | Subscription | | OF |
| | INSURED/APPLICANT | | EFFECTIVE DATE |
| | Ezana Corp | | 6/23/2004 |

| COINS % | APPLICABLE CAUSES OF LOSS | | |
|---|---|---|---|
| 80% | BASIC | ☐ EARTHQUAKE COV | ☐ SPECIFIC AVERAGE RATE REQUESTED |
| X 90% | BROAD | ☐ FLOOD | ☐ BLANKET RATE REQUESTED |
| 100% | SPECIAL | ☐ SPRINKLER LEAKAGE EXCL | ☐ OTHER: |
| | OTHER: | ☐ VANDALISM EXCL | |

CODE:     SUBCODE:
AGENCY CUSTOMER ID
00002138

APPLICABLE FORM NUMBERS (Attach completed forms and endorsements that require completion to provide necessary information affecting rates or loss costs)

| CLASS CODE | LOC # | BLDG # | DESCRIPTION AND LOCATION OF PROPERTY | ACV/RC 1 | SUBJECT 2 | 100% VALUES | RATE OR LOSS COST 3 | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| | 1 | | 5005, 5007 & 5009 D Street, SE | | B | 900,000 | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | $ | N/A | $ |

### INSTRUCTIONS

1. ACV (Actual Cash Value) or RC (Replacement Cost): If other valuation basis applies, provide necessary information.
2. SUBJECT:
   B = Building    S = Stock    F = Furniture & Fixtures    M = Machinery
   BPP = Your Business Personal Property    PPO = Personal Property of Others
   BI = Business Income    R = Rental Income    Other - specify
3. RATE OR LOSS COST: For class rated property, attach class rate information form or equivalent information for each location. For specifically rated property, attach specific rate or loss cost information if known.

### SIGNATURE

ALL VALUES AND LOCATION INFORMATION ARE CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF

INSURED'S SIGNATURE: _____

TITLE: _____

DATE: _____

ACORD 139 (2000/07)     © ACORD CORPORATION 1996
℔ - INS139 (0008).01     ELECTRONIC LASER FORMS, INC. - (800)327-0545

SB 010

# ACORD CERTIFICATE OF PROPERTY INSURANCE

**DATE** 6/28/2004

**PRODUCER**
Ace Insurance Services of VA, Inc.
7794 Ballston Dr.
Springfield          VA 22153-2302

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**COMPANIES AFFORDING COVERAGE**

COMPANY A  Lloyds of London
COMPANY B
COMPANY C
COMPANY D

**INSURED**
Ezana Corp & Abid Karrakchou
2238 C Gallows Rd
Vienna          VA 22182

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|
| | X PROPERTY | | | | X BUILDING | $ 900,000 |
| | CAUSES OF LOSS | | | | PERSONAL PROPERTY | $ |
| | BASIC | | | | BUSINESS INCOME | $ |
| | BROAD | | | | EXTRA EXPENSE | $ |
| A | X SPECIAL | Binder # 481275963 | 6/28/2004 | 6/28/2005 | BLANKET BUILDING | $ |
| | EARTHQUAKE | | | | BLANKET PERS PROP | $ |
| | FLOOD | | | | BLANKET BLDG & PP | $ |
| | X Building,RC 80% | | | | | $ |
| | Coinsurance | | | | | $ |
| | INLAND MARINE | | | | | $ |
| | TYPE OF POLICY | | | | | $ |
| | | | | | | $ |
| | CAUSES OF LOSS | | | | | $ |
| | NAMED PERILS | | | | | $ |
| | OTHER | | | | | $ |
| | CRIME | | | | | $ |
| | TYPE OF POLICY | | | | | $ |
| | | | | | | $ |
| | BOILER & MACHINERY | | | | | $ |
| | | | | | | $ |
| A | X OTHER General Liability | Binder # 481275963 | 06/28/2004 | 06/28/2005 | Aggregate | 1,000,000 |
| | | | | | Each Occurence | 500,000 |

**LOCATION OF PREMISES/DESCRIPTION OF PROPERTY**
[LocNo#] 00001 5005,5007 & 5009 D Street, SE

**SPECIAL CONDITIONS/OTHER COVERAGES**
Lessor Risk.
Poperty insured at the above given location.
Built 1940   Masonry 3 contigueos 27 unit apartment buildings.

**CERTIFICATE HOLDER**

(202)332-5050          2nd Trust($120,000)
Christopher Vaanarsdale

2308 19th Street, NW
Washington          DC 20009

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

**AUTHORIZED REPRESENTATIVE**

ACORD 24 (1/95)                                                                                   © ACORD CORPORATION 1995
- INS024 (9910).01          ELECTRONIC LASER FORMS, INC. - (800)327-0545

SB 011

# DITIONAL NAMED INSUREDS

| NAME (First Named & Other Named Insureds) | |
|---|---|
| Abid Karrakchou | Partner |

SB 012

OFAPPINF                                    COPYRIGHT 2000, AMS SERVICES INC

TO: LZY HORWITZ FAX 202-408-7309

# ACORD. CERTIFICATE OF PROPERTY INSURANCE

DATE 6/28/2004

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| Ace Insurance Services of VA, Inc.<br>7794 Ballston Dr.<br>Springfield    VA 22153-2302 | **COMPANIES AFFORDING COVERAGE** |
| | COMPANY A    Lloyds of London |
| **INSURED**<br>Ezana Corp & Abid Karrakchou<br>2238 C Gallows Rd<br>Vienna    VA 22182 | COMPANY B |
| | COMPANY C |
| | COMPANY D |

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|
| | X PROPERTY | | | | X BUILDING | $ 900,000 |
| | CAUSES OF LOSS | | | | PERSONAL PROPERTY | $ |
| | BASIC | | | | BUSINESS INCOME | $ |
| | BROAD | | | | EXTRA EXPENSE | $ |
| A | X SPECIAL | Binder # 481275963 | 6/28/2004 | 6/28/2005 | BLANKET BUILDING | $ |
| | EARTHQUAKE | | | | BLANKET PERS PROP | $ |
| | FLOOD | | | | BLANKET BLDG & PP | $ |
| | X Building,RC 80% Coinsurance | | | | | $ |
| | INLAND MARINE | | | | | $ |
| | TYPE OF POLICY | | | | | $ |
| | CAUSES OF LOSS | | | | | $ |
| | NAMED PERILS | | | | | $ |
| | OTHER | | | | | $ |
| | CRIME | | | | | $ |
| | TYPE OF POLICY | | | | | $ |
| | | | | | | $ |
| | BOILER & MACHINERY | | | | | $ |
| | | | | | | $ |
| A | X OTHER General Liability | Binder # 481275963 | 06/28/2004 | 06/28/2005 | Aggregate<br>Each Occurence | 1,000,000<br>500,000 |

**LOCATION OF PREMISES/DESCRIPTION OF PROPERTY**
[LocNo#] 00001 5005, 5007 & 5009 D Street, SE

**SPECIAL CONDITIONS/OTHER COVERAGES**
Lessor risk.
Property insured at the above give locations.
Building built in 1940, masonry, 3 contigueos, 27 units apartment.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| (703) 495-9431<br>SFC, LLC<br><br>Attn Arthur Shames<br>P.O. Box 7129<br>Farifax St    VA 22039 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE |

ACORD 24 (1/95)                                                                             © ACORD CORPORATION 1995
- INS024 (9910).01             ELECTRONIC LASER FORMS, INC. - (800)327-0545

SB 013

## ADDITIONAL NAMED INSUREDS

| NAME (First Named & Other Named Insureds) | |
|---|---|
| Abid Karrakchou | Partner |

SB 014

COPYRIGHT 2000, AMS SERVICES INC

**SKIPJACK PREMIUM FINANCE COMPANY**
10150 York Road, 5th Floor
Hunt Valley, MD 21030
(800) 611-0955

(THIS IS NOT AN INSURANCE POLICY)

Agreement #: 0228735

New ☐  Additional ☐  Renewal ☐

| Insured's Name | EZANA CORP | | | Statement of Transaction | |
|---|---|---|---|---|---|
| | | | | A Total Premiums (Cash Price) | $8,721.34 |
| Address | 2238 C GALLOWA ROAD | Phone | | B Less Down Payment | $2,180.00 |
| City & State | VIENNA   VA | Zip | 22182 | C AMOUNT FINANCED (The amount of credit provided on your behalf.) | $6,541.34 |
| Submitting Agent/Broker | ACE INSURANCE SERVICES, INC. | Code | 450048 | D *FINANCE CHARGE (The dollar amount the credit will cost you.) | $387.49 |
| Address | 7794 BALLSTON DRIVE | Phone | 1-703-644-2147 | E TOTAL OF PAYMENTS (C+D) (The amount you will have paid when you have made all scheduled paym'ts.) | $6,928.83 |
| City & State | SPRINGFIELD   VA | Zip | 22153 | MONTHLY PAYMENT SCHEDULE Number of Monthly Payments | 9 |
| General Agent, If Any | ALL RISKS, LTD. | Code | | F Amount of Each Payment | $769.87 |
| Address | 10150 YORK RD., FIFTH FLOOR | Phone | 410-828-5810 | G TOTAL SALE PRICE (A+D) (The total price of your purchase on credit, including the down paym'ts.) | $9,108.83 |
| City & State | HUNT VALLEY   MD | Zip | 21030 | H ANNUAL PERCENTAGE RATE (The cost of your credit as a yearly rate.) | 14.00 % |
| *Contains Non Refundable Service Charge: $20.00 | | | | Due Date First Payment Use 5, 10, 15, 20, 25, 30 | 7/25/04 |

| POLICY PREFIX/POLICY NUMBER | Effective Date | No. Months | FULL NAME AND ADDRESS OF INSURANCE COMPANY | Type Coverage | Total Premium |
|---|---|---|---|---|---|
| | 6/28/04 | 12 | CERTAIN UNDERWRITERS AT LLOYDS | P&C TAX FEE | $8,217.00 $164.34 $340.00 |

**NOTICE TO INSURED:**  **PREMIUM FINANCE AGREEMENT**

Do not sign this agreement before you read it. YOU ARE ENTITLED TO A COPY OF THIS AGREEMENT AT THE TIME YOU SIGN IT. Under the law, you have the right to pay off in advance the full amount due and to obtain a refund of the finance charge, computed on a short rate basis, on that portion of the finance charge in excess of the service charge on line D. "The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of sex or marital status." In consideration of the payment for the account of the undersigned insured by Skipjack Premium Finance Company (hereinafter referred to as SPFC) of the amount financed on insurance premiums shown on line C, the undersigned promises to pay to the order of SPFC at the address shown above, the total of payments shown on line E, in the number of installments indicated and each installment to be in the amount shown on line F, the first installment to become due and payable on the date shown with the remaining installments becoming due and payable on the same day of each succeeding month thereafter, subject to the following provisions.

**THE UNDERSIGNED INSURED**

Assigns to SPFC as security for the total amount payable hereunder any and all unearned premiums, returns, which may become payable under the insurance policies the premiums for which are financed hereunder. Agrees not to assign any of the policies covered hereby except for the interest of mortgagee and loss payees, without the written consent of SPFC and that all rights conferred upon SPFC shall inure to SPFC's successors and assigns. Agrees in the event of default in payment of any installment due hereunder, and after a ten day notice is mailed to the insured, the unpaid installments shall be immediately due and payable and SPFC may request cancellation of all of the policies covered hereby. It is further agreed that in the event the total premium(s) is greater than that shown on line A above, this contract may be amended and/or refinanced to reflect the actual premium, only by the insured's written consent or payment of the appropriate down payment. Payment of the appropriate down payment will serve as consent. Agrees that SPFC is authorized to correct or remedy any obvious error in the completion of this agreement, including the correction of the name of any insurance company(ies) or policy number(s) and that the insured will be notified at the address shown on this agreement of any such changes in the agreement within 10 days of the date of such changes. Agrees payment must be received in SPFC offices prior to effective cancellation date to avoid cancellation, and if received after cancellation date, payment will only be accepted for credit to the insured's account and without obligation to have any cancellation request withheld or rescinded. Agrees that all unearned or return premiums disbursed by an insurance company (or guarantee fund in the event of company insolvency) with respect to the policies covered hereby shall be payable to SPFC and credited to the balance due hereunder and if there is any excess of $1.00 or more over the balance due it shall be paid to the insured. Agrees to remain liable for any unpaid or deficiency balance due hereunder. Agrees that the finance charge shown on line D will begin to accrue from the inception date of the insurance contract. Agrees that the insurance agent or agency (including agent or agency employees or associates, etc.) named above, is not the agent of SPFC and has no authority to bind SPFC by representation or otherwise without SPFC's written agreement. Agrees that SPFC shall not be or become liable for any loss or damage to the insured(s) by reason of the failure of any insurer to issue or maintain in force any of said policy(ies) or by reason of the proper exercise by SPFC of rights herein conferred. Does hereby empower SPFC to sign my (our) name to any forms required to obtain refunds and/or any refund checks or drafts payable to me by reason of cancellation of policy(ies) described above for non-payment of amounts due under this agreement. Agrees, in addition to the amounts shown in "E" above to pay SPFC a delinquency and collection charge with each installment payment which is in default for a period of five (5) days or more. This charge is to be equal to (5%) of the installment payment, but not less than $1.00 nor more than $50.00. If the default results in the cancellation of any insurance policy listed in this agreement, insured agrees to pay cancellation charge equal to the difference between any delinquency and collection charge and $50.00. Should the cancellation notice be withdrawn subsequently, or if the policy(ies) are reinstated subsequently, a charge equal to the cancellation charge may be assessed. Agrees that in the event any check is returned by a bank, to pay a charge to SPFC of $20.00. Agrees that if SPFC places this account for collection with an attorney, not an employee of SPFC, to pay attorneys fees.

**POWER OF ATTORNEY**

For value received, I, the undersigned insured, hereby sell, assign, and transfer unto Skipjack Premium Finance Company (SPFC) all of my right, title and interest in and to any unearned premium on insurance policy(ies) shown above, and I do hereby irrevocably constitute and appoint SPFC as my attorney in fact, in the event of a default, to authorize and give notice of the cancellation of said insurance policy(ies) and to receive on behalf of SPFC any unearned premium financed by this agreement.

I ACKNOWLEDGE RECEIPT OF A COPY OF THIS AGREEMENT   Signed this 28th day of June 19 2004   X _____
Signature of Insured (or Agent or Broker on Insured's behalf)

**PRODUCER'S CERTIFICATION**

The undersigned warrants that the insurance policies listed upon this agreement are in force, that the premiums therefore are correct and that the down payment shown above has been collected, that the insured has received a copy of this agreement, and that no audit or reporting form policies, subject to retrospective rating or to minimum earned premiums are included in this agreement except as indicated and that the deposit or provisional premiums for the indicated policies are not less than the anticipated premiums to be earned for the full term of the policies; and that none of the policies contain provisions which prohibit cancellation by the insured or the company within 10 days except as indicated, nor except as indicated is the unearned premium on the scheduled policies to be computed by other than the standard short rate or pro rata table. Upon cancellation of the policies financed, the undersigned will remit to SKIPJACK PREMIUM FINANCE COMPANY the full amount of unearned premium including unearned commission applicable to such cancelled policy(ies) upon receipt from the carrier. The undersigned certifies that to the best of his knowledge and belief the insured's signature(s) hereon are genuine and that all of the policy(ies) listed hereon have been issued or signed by the undersigned, except as indicated. (List General Agency(ies), if any.) We are the authorized policy issuing agent of the insurance companies or the broker placing the coverage directly with the insurance company on all policies listed above.

Signed this 28th day of June 19 2004   _____
Signature of Broker or Agent

ARF1769

SB 015

# ACORD™ CERTIFICATE OF PROPERTY INSURANCE

**DATE:** 6/28/2004

**PRODUCER**
Ace Insurance Services of VA, Inc.
7794 Ballston Dr.
Springfield       VA 22153-2302

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**COMPANIES AFFORDING COVERAGE**

COMPANY A: Lloyds of London
COMPANY B:
COMPANY C:
COMPANY D:

**INSURED**
Ezana Corp & Abid Karrakchou
2238 C Gallows Rd
Vienna       VA 22182

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|
| A | X PROPERTY<br>CAUSES OF LOSS<br>  BASIC<br>  BROAD<br>X SPECIAL<br>  EARTHQUAKE<br>  FLOOD<br>X Building, RC 80% Coinsurance | Binder # 481275963 | 6/28/2004 | 6/28/2005 | X BUILDING<br>PERSONAL PROPERTY<br>BUSINESS INCOME<br>EXTRA EXPENSE<br>BLANKET BUILDING<br>BLANKET PERS PROP<br>BLANKET BLDG & PP | $ 900,000<br>$<br>$<br>$<br>$<br>$<br>$ |
| | INLAND MARINE<br>TYPE OF POLICY<br>CAUSES OF LOSS<br>  NAMED PERILS<br>  OTHER | | | | | $<br>$<br>$ |
| | CRIME<br>TYPE OF POLICY | | | | | $<br>$ |
| | BOILER & MACHINERY | | | | | $<br>$ |
| A | X OTHER<br>General Liability | Binder # 481275963 | 06/28/2004 | 06/28/2005 | Aggregate<br>Each Occurence | 1,000,000<br>500,000 |

**LOCATION OF PREMISES/DESCRIPTION OF PROPERTY**
[LocNo#] 00001 5005,5007 & 5009 D Street, SE

**SPECIAL CONDITIONS/OTHER COVERAGES**

**CERTIFICATE HOLDER**

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL _____ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE

ACORD 24 (1/95)                                                     © ACORD CORPORATION 1995
- INS024 (9910).01        ELECTRONIC LASER FORMS, INC. - (800)327-0545

SB 016

COMMERCIAL LINES INSURANCE QUOTATION          PAGE    8

THANKS FOR ALLOWING US TO QUOTE ON THE ABOVE CAPTIONED RISK. IN ORDER TO
BIND THIS ACCOUNT, YOU MUST COMPLETE THE INFO BELOW AND SIGN THIS FORM.
THIS WILL ENABLE US TO FILE THE DC SURPLUS LINES TAXES. PLEASE BE SURE
TO FULLY COMPLETE ALL THE REQUESTED INFORMATION.

AUTHORIZED INSURERS WHO DECLINED THE RISK:

INSURER                                      INSURER"S REPRESENTATIVE

1. _Farmers, Cherif at Alexandria, VA_
2. _Erie, Dale Keener, Centreville_
3. _The Hartford, Tina Owens, Richmond_

NAME AND TITLE OF PERSON WHO CONDUCTED THE DILIGENT SEARCH RESULTING
IN THE ABOVE DECLINATIONS.

NAME _Samuel Bokere_      TITLE _Principal_

WE APPRECIATE YOUR PROMPT ATTENTION IN THIS MATTER.

DATE _6/28/2004_          AGENTS SIGNATURE _[signature]_

SB 017

INSURED:    EZANA CORP

EFFECTIVE:   06/28/04

**ENDORSEMENT NO.** 1

Attached to and forming part of No.

| Company | Contract # | Amount Or Percent | Company | Contract # | Amount Or Percent |
|---|---|---|---|---|---|
| CERTAIN UNDERWRITERS AT | 0475/ATR049 | -0- | CERTAIN UNDERWRITERS AT | 0382/DPM054 | -0- |
| CERTAIN UNDERWRITERS AT | 0984/SMP579 | -0- | | | |

IN CONSIDERATION OF THE PREMIUM ALREADY CHARGED, IT IS HEREBY UNDERSTOOD AND AGREED THE NAMED INSURED HAS BEEN AMENDED TO READ:

EZANA CORP
AND ABID KARRAKCHOU

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

Other terms and conditions remaining unchanged.

Date:   07/07/04        By _[signature]_     All Risks, Ltd.

SREBBERT

ARF2646

SB 020

INSURED:     EZANA CORP

EFFECTIVE:    06/28/04

**ENDORSEMENT NO.** 1

Attached to and forming part of No.

| Company | Contract # | Amount Or Percent | Company | Contract # | Amount Or Percent |
|---|---|---|---|---|---|
| CERTAIN UNDERWRITERS AT | 0475/ATR049 | -0- | CERTAIN UNDERWRITERS AT | 0382/DPM054 | -0- |
| CERTAIN UNDERWRITERS AT | 0984/SMP579 | -0- | | | |
| | | | | | |

IN CONSIDERATION OF THE PREMIUM ALREADY CHARGED, IT IS HEREBY UNDERSTOOD AND AGREED THE NAMED INSURED HAS BEEN AMENDED TO READ:

EZANA CORP
AND ABID KARRAKCHOU

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

Other terms and conditions remaining unchanged.

Date:    07/07/04       By _[signature]_     All Risks, Ltd.

SREBBERT

ARF2646

SB 021

# all risks
## LIMITED

Corporate Office
10150 York Road, 5th Floor
Hunt Valley, MD 21030
(800) 366-5810 or (410) 828-5810
Fax: (410) 828-8179
www.allrisks.com

*To: Alex*

*Please be notified*
*Sam of Ace Ins.*

B06/29/04

ACE INSURANCE SERVICES, INC.
7794 BALLSTON DRIVE
SPRINGFIELD VA  22153

ATTN: SAMUEL BEKELE

RE:   EZANA CORP
POLICY: 0475/ATR049

    THIS IS TO ADVISE YOU THAT AN INSPECTOR WILL BE CONTACTING THE INSURED TO SET UP AN APPOINTMENT TO OBTAIN AN INTERIOR INSPECTION.  AT THE COMPANY'S REQUEST, WE MUST OBTAIN AN ANNUAL INTERIOR INSPECTION ON ALL BUSINESS.  PLEASE BE SURE THE INSURED IS AWARE THAT SOMEONE MUST BE PRESENT TO ALLOW THIS INSPECTION AND TO PROVIDE FINANCIAL INFORMATION BASED ON THE POLICY RATING.

    SHOULD YOU HAVE ANY QUESTIONS REGARDING THE ABOVE PROCEDURES, PLEASE FEEL FREE TO CONTACT OUR OFFICE.

    FOR PROPERTY RISKS, THE MOST COMMON RECOMMENDATION AT THE TIME OF INSPECTION IS THE NEED TO SERVICE AND RETAG FIRE EXTINGUISHERS.  IF THIS APPLIES TO YOUR INSURED, PLEASE MAKE THEM AWARE OF THIS REQUIREMENT PRIOR TO INSPECTION.

                                                SINCERELY,

                                                Barbara Mulliken

SREBBERT



SB 029

| Phoenix, AZ | Ft. Lauderdale, FL | Jupiter, FL | Atlanta, GA | Duluth, GA |
| Hunt Valley, MD | Conshohocken, PA | York, PA | Dallas, TX | Richmond, VA |