# ACORD™   COMMERCIAL INSURANCE APPLICATION
## APPLICANT INFORMATION SECTION

DATE (MM/DD/YYYY): 6/24/2004

| AGENCY | | CARRIER | NAIC CODE: | UNDERWRITER | UNDERWRITER OFF. |
|---|---|---|---|---|---|
| PHONE (A/C, No, Ext): (703) 644-2147 | | | | | |
| FAX (A/C, No.): (703) 644-2759 | | | | | |

Ace Insurance Services of VA, Inc.
7794 Ballston Dr.

Springfield          VA 22153-2302

CODE:                SUB CODE:
AGENCY CUSTOMER ID: 00002138

| POLICIES OR PROGRAM REQUESTED | POLICY NUMBER |
|---|---|
| | QUOTE |

| INDICATE SECTIONS ATTACHED | | | |
|---|---|---|---|
| X PROPERTY | EQUIPMENT FLOATER | | GARAGE AND DEALERS |
| GLASS AND SIGN | INSTALLATION/BUILDERS RISK | | VEHICLE SCHEDULE |
| ACCOUNTS RECEIVABLE/ VALUABLE PAPERS | ELECTRONIC DATA PROC | | BOILER & MACHINERY |
| CRIME/MISCELLANEOUS CRIME | X COMMERCIAL GENERAL LIABILITY | | WORKERS COMPENSATION |
| TRANSPORTATION/ MOTOR TRUCK CARGO | BUSINESS AUTO | | UMBRELLA |
| | TRUCKERS/MOTOR CARRIER | | |

## STATUS OF TRANSACTION

| | PACKAGE POLICY INFORMATION | | | | |
|---|---|---|---|---|---|
| X QUOTE    ISSUE POLICY    RENEW | ENTER THIS INFORMATION WHEN COMMON DATES AND TERMS APPLY TO SEVERAL LINES, OR FOR MONOLINE POLICIES: | | | | |
| BOUND (Give Date and/or Attach Copy): | PROPOSED EFF DATE | PROPOSED EXP DATE | BILLING PLAN | PAYMENT PLAN | AUDIT |
| CHANGE      DATE        TIME      AM | | | X DIRECT BILL | | |
| CANCEL 6/23/2004          PM | 6/23/2004 | 6/23/2005 | AGENCY BILL   Annual | | A |

## APPLICANT INFORMATION

| NAME (First Named Insured & Other Named Insureds) | FEIN OR SOC SEC # (of First Named Insured): 52-177457 | MAILING ADDRESS INCL ZIP+4 (if First Named Insured) |
|---|---|---|
| Ezana Corp | PHONE (A/C, No, Ext): (703) 204-0999 | 2238 C Gallows Rd |
| | | Vienna          VA   22182 |

E-MAIL ADDRESS(ES): airec@erols.com

WEBSITE ADDRESS(ES):

| INDIVIDUAL | CORPORATION X | SUBCHAPTER "S" CORPORATION. | LLC | CR BUREAU NAME | ID NUMBER | DATE BUS STARTED |
|---|---|---|---|---|---|---|
| PARTNERSHIP | JOINT VENTURE | NOT FOR PROFIT ORG | NO. OF MEMBERS AND MANAGERS 2 | | | 2004 |

INSPECTION CONTACT    PHONE (A/C, No, Ext): 703-898-1369
Alex Matthews

ACCOUNTING RECORDS CONTACT   PHONE (A/C, No, Ext): 703-898-1369
Alex Matthews

## PREMISES INFORMATION

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | | INTEREST | | YR BUILT | # EMPLOYEES | PART OCCUPIED |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 5005 D Street, SE Washington        DC 20019 | X INSIDE | X OUTSIDE | X OWNER | TENANT | 1940 | | |
| 1 | 2 | 5007 D Street, SE Washington        DC 20019 | X INSIDE | X OUTSIDE | X OWNER | TENANT | 1940 | | |

## NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)

Lessor risk

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES | YES | NO | EXPLAIN ALL "YES" RESPONSES | YES | NO |
|---|---|---|---|---|---|
| 1a. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY? | | X | 7. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? | | X |
| 1b. DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | | X | 8. DURING THE LAST FIVE YEARS (TEN IN RI), HAS ANY APPLICANT BEEN CONVICTED OF ANY DEGREE OF THE CRIME OF ARSON? (In RI, this question must be answered by any applicant for property insurance. Failure to disclose the existence of an arson conviction is misdemeanor punishable by a sentence of up to one year of imprisonment). | | X |
| 2. IS A FORMAL SAFETY PROGRAM IN OPERATION? | | X | | | |
| 3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? | | X | 9. ANY UNCORRECTED FIRE CODE VIOLATIONS? | | X |
| 4. ANY CATASTROPHE EXPOSURE? | | X | 10. ANY BANKRUPTCIES, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST 5 YEARS? | | X |
| 5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? | | X | 11. HAS BUSINESS BEEN PLACED IN A TRUST? IF YES, NAME OF TRUST: | | |
| 6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR 3 YEARS? (Not applicable in MO) | | X | | | |

## REMARKS/PROCESSING INSTRUCTIONS

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND (NY: SUBSTANTIAL) CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR, or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied)

THE UNDERSIGNED IS AN AUTHORIZED REPRESENTATIVE OF THE APPLICANT AND CERTIFIES THAT REASONABLE ENQUIRY HAS BEEN MADE TO OBTAIN THE ANSWERS TO QUESTIONS ON THIS APPLICATION. HE/SHE CERTIFIES THAT THE ANSWERS ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE.

| APPLICANT'S SIGNATURE | DATE 6/24/2004 | PRODUCER'S SIGNATURE | NATIONAL PRODUCER NUMBER |
|---|---|---|---|

ACORD 125 (2003/01)
INS125 (0302)   AMS

PLEASE COMPLETE PAGE 2
ELF Solutions - (800)327-0645

© ACORD CORPORATION 1993
Page 1 of 2

# PRIOR CARRIER INFORMATION

| LINE | CATEGORY | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CARRIER | New | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | |
| | POLICY TYPE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE | CLAIMS MADE | OCCURRENCE |
| | RETRO DATE | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | |
| **GENERAL COMMERCIAL LIABILITY** | GENERAL AGGREGATE | | | | | | | | | | |
| | PRODUCTS COMP OP AGGREGATE | | | | | | | | | | |
| | PERSONAL & ADV INJ | | | | | | | | | | |
| | EACH OCCURRENCE | | | | | | | | | | |
| | FIRE DAMAGE | | | | | | | | | | |
| | MEDICAL EXPENSE | | | | | | | | | | |
| | BODILY INJURY — OCCURRENCE | | | | | | | | | | |
| | BODILY INJURY — AGGREGATE | | | | | | | | | | |
| | PROPERTY DAMAGE — OCCURRENCE | | | | | | | | | | |
| | PROPERTY DAMAGE — AGGREGATE | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | |
| **AUTOMOBILE LIABILITY** | CARRIER | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | | |
| | BODILY INJURY — EA PERSON | | | | | | | | | | |
| | BODILY INJURY — EA ACCIDENT | | | | | | | | | | |
| | PROPERTY DAMAGE | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | |
| **PROPERTY** | CARRIER | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | |
| | BUILDING AMT | | | | | | | | | | |
| | PERS PROP AMT | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | |
| | CARRIER | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | |
| | LIMIT | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | |

# LOSS HISTORY

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE PRIOR 5 YEARS (3 YEARS IN KS & NY).    [X] CHK HERE IF NONE    SEE ATTACHED LOSS SUMMARY

| DATE OF OCCURRENCE | LINE | TYPE/DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | CLAIM STATUS |
|---|---|---|---|---|---|---|
| | | | | | | OPEN |
| | | | | | | CLOSED |
| | | | | | | OPEN |
| | | | | | | CLOSED |

**REMARKS**    NOTE: FIDELITY REQUIRES A FIVE YEAR LOSS HISTORY

**ATTACHMENTS**

STATE SUPPLEMENT(S) (If applicable)

COPY OF THE NOTICE OF INFORMATION PRACTICES (PRIVACY) HAS BEEN GIVEN TO THE APPLICANT. (Not applicable in all states, consult your agent or broker for your state's requirements.)

NOTICE OF INSURANCE INFORMATION PRACTICES PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE AND SUBSEQUENT POLICY RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES WITHOUT YOUR AUTHORIZATION. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTIONS ON HOW TO SUBMIT A REQUEST TO US.

# *ACORD*™ COMMERCIAL GENERAL LIABILITY SECTION

DATE (MM/DD/YYYY): 6/24/2004

| AGENCY | PHONE (A/C, No, Ext): (703) 644-2147 |
|---|---|

Ace Insurance Services of VA, Inc.
7794 Ballston Dr.

Springfield          VA  22153-2302

APPLICANT (First Named Insured): **Ezana Corp**

| EFFECTIVE DATE | EXPIRATION DATE | X | DIRECT BILL | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|---|
| 6/24/2004 | 6/24/2005 | | AGENCY BILL | Annual | A |

FOR COMPANY USE ONLY

CODE:          SUB CODE:

AGENCY CUSTOMER ID: 00002138

## COVERAGES

| | |
|---|---|
| X | COMMERCIAL GENERAL LIABILITY |
| | X CLAIMS MADE        OCCURRENCE |
| | OWNER'S & CONTRACTOR'S PROTECTIVE |

**DEDUCTIBLES**

| | | | |
|---|---|---|---|
| X | PROPERTY DAMAGE | $ | 250 |
| X | BODILY INJURY | $ | 250 | X |
| | | $ | | PER CLAIM / PER OCCURRENCE |

OTHER COVERAGES, RESTRICTIONS AND/OR ENDORSEMENTS (For hired/non-owned auto coverages attach the Business Auto Section, ACORD 127)

## LIMITS

| | | |
|---|---|---|
| GENERAL AGGREGATE | $ | 500,000 |
| PRODUCTS & COMPLETED OPERATIONS AGGREGATE | $ | 500,000 |
| PERSONAL & ADVERTISING INJURY | $ | 500,000 |
| EACH OCCURRENCE | $ | 500,000 |
| DAMAGE TO RENTED PREMISES (each occurrence) | $ | 50,000 |
| MEDICAL EXPENSE (Any one person) | $ | 5,000 |
| EMPLOYEE BENEFITS | $ | |

PREMIUMS

PREMISES/OPERATIONS

PRODUCTS

OTHER

TOTAL:

## SCHEDULE OF HAZARDS

| LOCATION # | CLASSIFICATION | CLASS CODE | PREMIUM BASIS | EXPOSURE | TERR | RATE PREM/OPS | RATE PRODUCTS | PREMIUM PREM/OPS | PREMIUM PRODUCTS |
|---|---|---|---|---|---|---|---|---|---|
| | | | A 16200 | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

RATING AND PREMIUM BASIS
(S) GROSS SALES - PER $1,000/SALES
(P) PAYROLL - PER $1,000/PAY
(A) AREA - PER 1,000/SQ FT
(C) TOTAL COST - PER $1,000/COST
(M) ADMISSIONS - PER 1,000/ADM
(U) UNIT - PER UNIT
(T) OTHER

## CLAIMS MADE (Explain all "Yes" responses)

1. PROPOSED RETROACTIVE DATE:

2. ENTRY DATE INTO UNINTERRUPTED CLAIMS MADE COV:

| | YES | NO |
|---|---|---|
| 3. HAS ANY PRODUCT, WORK, ACCIDENT, OR LOCATION BEEN EXCLUDED, UNINSURED OR SELF-INSURED FROM ANY PREVIOUS COVERAGE? | | |
| 4. WAS TAIL COVERAGE PURCHASED UNDER ANY PREVIOUS POLICY? | | |

REMARKS

## EMPLOYEE BENEFITS LIABILITY

1. DEDUCTIBLE PER CLAIM:   $

2. NUMBER OF EMPLOYEES:

3. NUMBER OF EMPLOYEES COVERED BY EMPLOYEE BENEFITS PLANS:

4. RETROACTIVE DATE:

REMARKS

ACORD 126 (2003/07)

PLEASE COMPLETE PAGE 2

© ACORD CORPORATION 1993

SB 006

## CONTRACTORS

| EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (...or past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT DRAW PLANS, DESIGNS, OR SPECIFICATIONS FOR OTHERS? | | | 4. DO YOUR SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN YOURS? | | |
| 2. DO ANY OPERATIONS INCLUDE BLASTING OR UTILIZE OR STORE EXPLOSIVE MATERIAL? | | | 5. ARE SUBCONTRACTORS ALLOWED TO WORK WITHOUT PROVIDING YOU WITH A CERTIFICATE OF INSURANCE? | | |
| 3. DO ANY OPERATIONS INCLUDE EXCAVATION, TUNNELING, UNDERGROUND WORK OR EARTH-MOVING? | | | 6. DOES APPLICANT LEASE EQUIPMENT TO OTHERS WITH OR WITHOUT OPERATORS? | | |

| REMARKS/DESCRIBE THE TYPE OF WORK SUBCONTRACTED | $ PAID TO SUB-CONTRACTORS: | % OF WORK SUBCONTRACTED: | # FULL-TIME STAFF: | # PART-TIME STAFF: |
|---|---|---|---|---|
| | | | | |

## PRODUCTS/COMPLETED OPERATIONS

| PRODUCTS | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET | EXPECTED LIFE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| | 252000 | | | | | |
| | | | | | | |
| | | | | | | |

| EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT INSTALL, SERVICE OR DEMONSTRATE PRODUCTS? | | X | 6. PRODUCTS RECALLED, DISCONTINUED, CHANGED? | | X |
| 2. FOREIGN PRODUCTS SOLD, DISTRIBUTED, USED AS COMPONENTS? | | X | 7. PRODUCTS OF OTHERS SOLD OR RE-PACKAGED UNDER APPLICANT LABEL? | | X |
| 3. RESEARCH AND DEVELOPMENT CONDUCTED OR NEW PRODUCTS PLANNED? | | X | 8. PRODUCTS UNDER LABEL OF OTHERS? | | X |
| 4. GUARANTEES, WARRANTIES, HOLD HARMLESS AGREEMENTS? | | X | 9. VENDORS COVERAGE REQUIRED? | | X |
| 5. PRODUCTS RELATED TO AIRCRAFT/SPACE INDUSTRY? | | X | 10. DOES ANY NAMED INSURED SELL TO OTHER NAMED INSUREDS? | | X |

PLEASE ATTACH LITERATURE, BROCHURES, LABELS, WARNINGS, ETC

## ADDITIONAL INTEREST/CERTIFICATE RECIPIENT    ACORD 45 attached for additional names

| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE #: | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|---|
| ADDITIONAL INSURED | | | | | LOCATION:    BUILDING: |
| LOSS PAYEE | | | | | VEHICLE:    BOAT: |
| MORTGAGEE | | | | | SCHEDULED ITEM NUMBER: |
| LIENHOLDER | | | | | OTHER |
| EMPLOYEE AS LESSOR | | | | | |
| | ITEM DESCRIPTION: | | | | |

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. ANY MEDICAL FACILITIES PROVIDED OR MEDICAL PROFESSIONALS EMPLOYED OR CONTRACTED? | | X | 12. ANY STRUCTURAL ALTERATIONS CONTEMPLATED? | | X |
| 2. ANY EXPOSURE TO RADIOACTIVE/NUCLEAR MATERIALS? | | X | 13. ANY DEMOLITION EXPOSURE CONTEMPLATED? | | X |
| 3. DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | | X | 14. HAS APPLICANT BEEN ACTIVE IN OR IS CURRENTLY ACTIVE IN JOINT VENTURES? | | X |
| | | | 15. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | | X |
| 4. ANY OPERATIONS SOLD, ACQUIRED, OR DISCONTINUED IN LAST 5 YEARS? | | X | 16. IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS OR SUBSIDIARIES? | | X |
| 5. MACHINERY OR EQUIPMENT LOANED OR RENTED TO OTHERS? | | X | 17. ARE DAY CARE FACILITIES OPERATED OR CONTROLLED? | | X |
| 6. ANY WATERCRAFT, DOCKS, FLOATS OWNED, HIRED OR LEASED? | | X | 18. HAVE ANY CRIMES OCCURRED OR BEEN ATTEMPTED ON YOUR PREMISES WITHIN THE LAST THREE YEARS? | | X |
| 7. ANY PARKING FACILITIES OWNED/RENTED? | | X | | | |
| 8. IS A FEE CHARGED FOR PARKING? | | X | 19. IS THERE A FORMAL, WRITTEN SAFETY AND SECURITY POLICY IN EFFECT? | | X |
| 9. RECREATION FACILITIES PROVIDED? | | X | 20. DOES THE BUSINESSES' PROMOTIONAL LITERATURE MAKE ANY REPRESENTATIONS ABOUT THE SAFETY OR SECURITY OF THE PREMISES? | | X |
| 10. IS THERE A SWIMMING POOL ON THE PREMISES? | | X | | | |
| 11. SPORTING OR SOCIAL EVENTS SPONSORED? | | X | | | |

REMARKS

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND (NY:SUBSTANTIAL) CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied).

ACORD 126 (2003/07)    ATTACH TO APPLICANT INFORMATION SECTION
- INS126 (0309)    AMS    Page 2 of 2

SB 007

# ACORD™ PROPERTY SECTION

| | DATE (MM/DD/YYYY) |
|---|---|
| | 6/24/2004 |

| AGENCY | PHONE (A/C, No, Ext): (703) 644-2147 |
|---|---|
| | FAX (A/C, No): (703) 644-2759 |

Ace Insurance Services of VA, Inc.
7794 Ballston Dr.

Springfield          VA 22153-2302

| CODE: | SUB CODE: |
|---|---|

AGENCY CUSTOMER ID: 00002138

| APPLICANT (First Named Insured) | Ezana Corp |
|---|---|

| EFFECTIVE DATE | EXPIRATION DATE | X | DIRECT BILL | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|---|
| 6/24/2004 | 06/24/2005 | | AGENCY BILL Annual | | A |

FOR COMPANY USE ONLY

| PREMISES #: 1 | STREET ADDRESS: 5005 D Street, SE |
|---|---|

BLDG DESCRIPTION: 5005, 5007 & 5009 D St, SE, Washington, DC 20019

## PREMISES INFORMATION | BUILDING #:

| SUBJECT OF INSURANCE | AMOUNT | COINS % | VALUATION | CAUSES OF LOSS | INFLATION GUARD % | DEDUCTIBLE | BLKT COV. | FORMS AND CONDITIONS TO APPLY |
|---|---|---|---|---|---|---|---|---|
| Buildings | 900,000 | 90 | RCV | Building | | 1,000 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| ADDITIONAL INFORMATION | BUSINESS INCOME / EXTRA EXPENSE | BUSINESS INCOME W/O EXTRA EXPENSE | EXTRA EXPENSE |
|---|---|---|---|

| TYPE OF BUSINESS | ORDINARY PAYROLL | POWER/HEAT | EXT PERIOD | TUITION FEES | OFF PREM POWER | DEPEND PROP |
|---|---|---|---|---|---|---|
| NON MFG | EXCL / INCL | $ ___ DED | ___ DAYS | ___ STUDENTS | POWER | ___ % COIN |
| MFG | 90 DAYS | ELEC MEDIA | MO PERIOD | $ ___ OTHER ED SERV/INC | WATER | CONT LOC |
| MINING | 180 DAYS | ___ DAYS | LIMIT | | COMM (DESCR BELOW) | REC LOC |
| % COINS | $ ___ | ORD OR LAW | MAX PERIOD | | | MFG LOC |
| | | ___ DAYS | | | | LDR LOC (DESC BELOW) |

| NAME AND ADDRESS(ES) FOR OFF PREM POWER OR DEPEND PROP | EXTRA EXPENSE ___ DAYS PERIOD REST |
|---|---|
| | LIMIT LOSS PAY ___ % ___ % ___ % ___ % |

ADDITIONAL COVERAGES, OPTIONS, RESTRICTIONS, ENDORSEMENTS AND RATING INFORMATION

| CONSTRUCTION TYPE | DISTANCE TO HYDRANT / FIRE STAT | FIRE DISTRICT/CODE NUMBER | PROT CL | # STORIES | # BAS'M'TS | YR BUILT | TOTAL AREA |
|---|---|---|---|---|---|---|---|
| Masonry | 500 FT / 3 MI | Washington DC | 02 | 2 | 1 | 1940 | 16000 |

| BUILDING IMPROVEMENTS | | BLDG CODE GRADE | TAX CODE | ROOF TYPE | OTHER OCCUPANCIES |
|---|---|---|---|---|---|
| X WIRING, YR: 1998 | X PLUMBING, YR: 1998 | | | Tar & | Renters |
| X ROOFING, YR: 1998 | X HEATING, YR: 1998 | WIND CLASS | | | HEATING BOILER ON PREMISES?    YES  X NO |
| X OTHER: CAC 1998 | | RESISTIVE | SEMI-RESISTIVE | OTHER | IF YES, IS INSURANCE PLACED ELSEWHERE?   YES  NO |

| RIGHT EXPOSURE & DISTANCE | LEFT EXPOSURE & DISTANCE | REAR EXPOSURE & DISTANCE |
|---|---|---|
| Apartment Building    50 | Apartment Building    50 | Parking Lot    10 |

| BURGLAR ALARM TYPE | CERTIFICATE # | EXPIRATION DATE | EXTENT | GRADE | X CENTRAL STATION |
|---|---|---|---|---|---|
| Burglar | | | | | WITH KEYS |

| BURGLAR ALARM INSTALLED AND SERVICED BY | # GUARDS/WATCHMEN | CLOCK HOURLY |
|---|---|---|
| | 1 | |

| PREMISES FIRE PROTECTION (Sprinklers, Standpipes, CO2/Chemical Systems) | % SPRNK | FIRE ALARM MANUFACTURER | X CENTRAL STATION |
|---|---|---|---|
| | | | LOCAL GONG |

## ADDITIONAL INTERESTS

| RANK: | NAME AND ADDRESS: | REFERENCE #: | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|
| INTEREST | SFC, LLC | | | LOCATION: | BUILDING: X |
| LOSS PAYEE | PO Box 7129 | | | SCHEDULED ITEM NUMBER: |
| MORT-GAGEE | Fairfax Station    VA  22039 | | | OTHER: |
| X | ITEM DESCRIPTION: 1st Trust $650,000 | | | |

## VALUE REPORTING INFORMATION

| REPORTING FORM: PROVIDE AVERAGE VALUES FOR PAST 12 MONTHS SUBJECT OF INSURANCE | PREMISES/ BUILDING | ANY OTHER LOCATION DECLARED AT INCEPTION | ANY OTHER LOCATION ACQUIRED AFTER INCEPTION | PREMISES NOT OWNED OR ACQUIRED LIMIT |
|---|---|---|---|---|

| ACORD 140 (2002/09) | ATTACH TO APPLICANT INFORMATION SECTION | © ACORD CORPORATION 1985 |
|---|---|---|

SB 008

# ADDITIONAL PREMISES INFORMATION

PREMISES:    BUILDING #:    STREET ADDRESS    DESCRIPTION:

| SUBJECT OF INSURANCE | AMOUNT | CO | VALUATION | CAUSES OF LOSS | INFLATION GUARD % | DEDUCTIBLE | BLKT COV | FORMS AND CONDITIONS TO APPLY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**ADDITIONAL INFORMATION**    BUSINESS INCOME / EXTRA EXPENSE    BUSINESS INCOME W/O EXTRA EXPENSE    EXTRA EXPENSE

| TYPE OF BUSINESS | ORDINARY PAYROLL | POWER/HEAT | | EXT PERIOD | | TUITION FEES | | OFF PREM POWER | | DEPEND PROP |
|---|---|---|---|---|---|---|---|---|---|---|
| NON MFG | EXCL   INCL | $ | DED | DAYS | $ | STUDENTS | | POWER | | % COIN |
| MFG | 90 DAYS | ELEC MEDIA | | MO PERIOD | $ | OTHER ED SERV/INC | | WATER | | CONT LOC |
| MINING | 180 DAYS | | DAYS | LIMIT | | | | COMM (DESCR BELOW) | | REC LOC |
| % COINS | $ | ORD OR LAW | | MAX PERIOD | | | | | | MFG LOC |
| | | | DAYS | | | | | | | LDR LOC (DESC BELOW) |

NAME AND ADDRESS(ES) FOR OFF PREM POWER OR DEPEND PROP    EXTRA EXPENSE ___ DAYS PERIOD REST

LIMIT LOSS PAY   %   %   %   %

**ADDITIONAL COVERAGES, OPTIONS, RESTRICTIONS, ENDORSEMENTS AND RATING INFORMATION**

| CONSTRUCTION TYPE | DISTANCE TO HYDRANT FT / FIRE STAT MI | FIRE DISTRICT/CODE NUMBER | PROT CL | # STORIES | # BASM'TS | YR BUILT | TOTAL AREA |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| BUILDING IMPROVEMENTS | | BLDG CODE GRADE | TAX CODE | ROOF TYPE | OTHER OCCUPANCIES | | |
|---|---|---|---|---|---|---|---|
| WIRING, YR: | PLUMBING, YR: | | | | | | |
| ROOFING, YR: | HEATING, YR: | WIND CLASS | | | HEATING BOILER ON PREMISES? | YES | NO |
| OTHER: | | RESISTIVE / SEMI-RESISTIVE / OTHER | | | IF YES, IS INSURANCE PLACED ELSEWHERE? | YES | NO |

RIGHT EXPOSURE & DISTANCE    LEFT EXPOSURE & DISTANCE    REAR EXPOSURE & DISTANCE

| BURGLAR ALARM TYPE | CERTIFICATE # | EXPIRATION DATE | EXTENT | GRADE | CENTRAL STATION |
|---|---|---|---|---|---|
| | | | | | WITH KEYS |
| BURGLAR ALARM INSTALLED AND SERVICED BY | | # GUARDS/WATCHMEN | | | CLOCK HOURLY |

| PREMISES FIRE PROTECTION (Sprinklers, Standpipes, CO2/Chemical Systems) | % SPRNK | FIRE ALARM MANUFACTURER | CENTRAL STATION |
|---|---|---|---|
| | | | LOCAL GONG |

## ADDITIONAL INTERESTS

| RANK: 2 | NAME AND ADDRESS: | REFERENCE #: | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|
| INTEREST | Chistopher Vanarsdale | | | LOCATION:   BUILDING: X |
| LOSS PAYEE / MORT-GAGEE | 2308 19th Street, NW | | | SCHEDULED ITEM NUMBER: |
| X | Washington   DC   20009 | | | OTHER: |
| | ITEM DESCRIPTION: 2nd Trust, $120,000 | | | |

## REMARKS

Three contigues apartment buildings, masonry built in 1940, 16200 SF consisting of 27 apartment units of which 22 are rented and 5 vacant. Of the 27 units 22 are two bed room and 5 one bed room apartments.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR or VT; in DC, LA, ME, TN and VA, insurance benefits may also be denied).

ACORD 140 (2002/09)

INS140 (0210).02       Page 2 of 2

SB 009

# ACORD STATEMENT OF VALUES

| | DATE |
|---|---|
| | 6/24/2004 |

| PRODUCER | COMPANY | NAIC CODE: | PAGE |
|---|---|---|---|
| Ace Insurance Services of VA, 7794 Ballston Dr. | Subscription | | OF |
| | INSURED/APPLICANT | | EFFECTIVE DATE |
| Springfield           VA 22153-2302 | Ezana Corp | | 6/23/2004 |

| COINS % | APPLICABLE CAUSES OF LOSS | | | |
|---|---|---|---|---|
| 80% | BASIC | | EARTHQUAKE COV | SPECIFIC AVERAGE RATE REQUESTED |
| X  90% | BROAD | | FLOOD | BLANKET RATE REQUESTED |
| 100% | SPECIAL | | SPRINKLER LEAKAGE EXCL | OTHER: |
| | OTHER: | | VANDALISM EXCL | |

CODE:                    SUBCODE:

AGENCY CUSTOMER ID
00002138

APPLICABLE FORM NUMBERS (Attach completed forms and endorsements that require completion to provide necessary information affecting rates or loss costs)

| CLASS CODE | LOC # | BLDG # | DESCRIPTION AND LOCATION OF PROPERTY | ACV/ RC [1] | SUBJECT [2] | 100% VALUES | RATE OR LOSS COST [3] | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| | 1 | | 5005,5007 & 5009 D Street, SE | | B | 900,000 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | $ | N/A | $ |

## INSTRUCTIONS

1. ACV (Actual Cash Value) or RC (Replacement Cost): If other valuation basis applies, provide necessary information.

2. SUBJECT:
   B = Building   S = Stock   F= Furniture & Fixtures   M = Machinery
   BPP = Your Business Personal Property  PPO = Personal Property of Others
   BI = Business Income   R = Rental Income   Other - specify

3. RATE OR LOSS COST: For class rated property, attach class rate information form or equivalent information for each location. For specifically rated property, attach specific rate or loss cost information if known.

## SIGNATURE

ALL VALUES AND LOCATION INFORMATION ARE CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF

INSURED'S SIGNATURE: _____

TITLE: _____

DATE: _____

ACORD 139 (2000/07)                                                                    © ACORD CORPORATION 1996
INS139 (0008).01          ELECTRONIC LASER FORMS, INC. – (800)327-0545

SB 010

# ACORD™ CERTIFICATE OF PROPERTY INSURANCE

**DATE** 6/28/2004

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|

PRODUCER
Ace Insurance Services of VA, Inc.
7794 Ballston Dr.

Springfield          VA 22153-2302

**COMPANIES AFFORDING COVERAGE**

COMPANY A  Lloyds of London
COMPANY B
COMPANY C
COMPANY D

INSURED
Ezana Corp & Abid Karrakchou
2238 C Gallows Rd

Vienna          VA 22182

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|
| A | X PROPERTY | | | | X BUILDING | $ 900,000 |
| | CAUSES OF LOSS | | | | PERSONAL PROPERTY | $ |
| | BASIC | | | | BUSINESS INCOME | $ |
| | BROAD | | | | EXTRA EXPENSE | $ |
| | X SPECIAL | Binder # 481275963 | 6/28/2004 | 6/28/2005 | BLANKET BUILDING | $ |
| | EARTHQUAKE | | | | BLANKET PERS PROP | $ |
| | FLOOD | | | | BLANKET BLDG & PP | $ |
| | X Building, RC 80% | | | | | $ |
| | Coinsurance | | | | | $ |
| | INLAND MARINE | | | | | $ |
| | TYPE OF POLICY | | | | | $ |
| | | | | | | $ |
| | CAUSES OF LOSS | | | | | $ |
| | NAMED PERILS | | | | | $ |
| | OTHER | | | | | $ |
| | CRIME | | | | | $ |
| | TYPE OF POLICY | | | | | $ |
| | BOILER & MACHINERY | | | | | $ |
| | | | | | | $ |
| A | X OTHER General Liability | Binder # 481275963 | 06/28/2004 | 06/28/2005 | Aggregate Each Occurence | 1,000,000 500,000 |

LOCATION OF PREMISES/DESCRIPTION OF PROPERTY
[LocNo#] 00001 5005,5007 & 5009 D Street, SE

SPECIAL CONDITIONS/OTHER COVERAGES
Lessor Risk.
Poperty insured at the above given location.
Built 1940   Masonry 3 contigueos 27 unit apartment buildings.

**CERTIFICATE HOLDER**

(202)332-5050          2nd Trust($120,000)
   Christopher Vaanarsdale

   2308 19th Street, NW
   Washington          DC 20009

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE

ACORD 24 (1/95)
- INS024 (9910).01          ELECTRONIC LASER FORMS, INC. - (800)327-0545          © ACORD CORPORATION 1995

SB 011

# DITIONAL NAMED INSUREDS

**NAME (First Named & Other Named Insureds)**

Abid Karrakchou                                      Partner

SB 012

COPYRIGHT 2000, AMS SERVICES INC

# ACORD™ CERTIFICATE OF PROPERTY INSURANCE

| | DATE |
|---|---|
| | 6/28/2004 |

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| Ace Insurance Services of VA, Inc. 7794 Ballston Dr. Springfield        VA 22153-2302 | |

**COMPANIES AFFORDING COVERAGE**

| COMPANY A | Lloyds of London |
|---|---|

| INSURED | COMPANY B | |
|---|---|---|
| Ezana Corp & Abid Karrakchou 2238 C Gallows Rd  Vienna          VA 22182 | COMPANY C | |
| | COMPANY D | |

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|---|
| | X PROPERTY | | | | X | BUILDING | $ 900,000 |
| | CAUSES OF LOSS | | | | | PERSONAL PROPERTY | $ |
| | BASIC | | | | | BUSINESS INCOME | $ |
| | BROAD | | | | | EXTRA EXPENSE | $ |
| A | X SPECIAL | Binder # 481275963 | 6/28/2004 | 6/28/2005 | | BLANKET BUILDING | $ |
| | EARTHQUAKE | | | | | BLANKET PERS PROP | $ |
| | FLOOD | | | | | BLANKET BLDG & PP | $ |
| | X Building,RC 80% | | | | | | $ |
| | Coinsurance | | | | | | $ |
| | INLAND MARINE | | | | | | $ |
| | TYPE OF POLICY | | | | | | $ |
| | | | | | | | $ |
| | CAUSES OF LOSS | | | | | | $ |
| | NAMED PERILS | | | | | | $ |
| | OTHER | | | | | | $ |
| | CRIME | | | | | | $ |
| | TYPE OF POLICY | | | | | | $ |
| | BOILER & MACHINERY | | | | | | $ |
| | | | | | | | $ |
| A | X OTHER | | | | | | |
| | General Liability | Binder # 481275963 | 06/28/2004 | 06/28/2005 | | Aggregate | 1,000,000 |
| | | | | | | Each Occurence | 500,000 |

**LOCATION OF PREMISES/DESCRIPTION OF PROPERTY**

[LocNo#] 00001 5005,5007 & 5009 D Street, SE

**SPECIAL CONDITIONS/OTHER COVERAGES**

Lessor risk.
Property insured at the above give locations.
Building built in 1940, masonry, 3 contigueos, 27 units apartment.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| (703) 495-9431    SFC, LLC   Attn Arthur Shames P.O. Box 7129 Farifax St         VA 22039 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES. AUTHORIZED REPRESENTATIVE |

ACORD 24 (1/95)                                                    © ACORD CORPORATION 1995

INS024 (9910).01          ELECTRONIC LASER FORMS, INC. - (800)327-0545

SB 013

## ЈDITIONAL NAMED INSUREDS

**NAME (First Named & Other Named Insureds)**

Abid Karrakchou                                        Partner

SB 014

COPYRIGHT 2000, AMS SERVICES INC

# SKIPJACK PREMIUM FINANCE COMPANY
10150 York Road, 5th Floor
Hunt Valley, MD 21030
(800) 611-0955

**PREMIUM FINANCE AGREEMENT**
(THIS IS NOT AN INSURANCE POLICY)

Agreement #:
0228735

New ☐    Additional ☐    Renewal ☐

| | |
|---|---|
| **Insured's Name** EZANA CORP | **Statement of Transaction**<br>**A** Total Premiums (Cash Price) — $8,721.34 |
| **Address** 2238 C GALLOWA ROAD | **B** Less Down Payment — $2,180.00 |
| **City & State** VIENNA   VA   **Zip** 22182   **Phone** | **C** AMOUNT OF CREDIT (The amount of credit provided on your behalf.) — $6,541.34 |
| **Submitting Agent/Broker** ACE INSURANCE SERVICES, INC.   **Code** 450048 | **D** *FINANCE CHARGE (The dollar amount the credit will cost you.) — $387.49 |
| **Address** 7794 BALLSTON DRIVE   **Phone** 1-703-644-2147 | **E** TOTAL OF PAYMENTS (C+D) (The amount you will have paid when you have made all scheduled paym'ts.) — $6,928.83 |
| **City & State** SPRINGFIELD   VA   **Zip** 22153 | **MONTHLY PAYMENT SCHEDULE** Number of Monthly Payments — 9 |
| **General Agent, If Any** ALL RISKS, LTD.   **Code** | **F** Amount of Each Payment — $789.87 |
| **Address** 10150 YORK RD. FIFTH FLOOR   **Phone** 410-828-5810 | **G** TOTAL SALE PRICE (A+D) (The total price of your purchase on credit, including the down paym'ts.) — $9,108.83 |
| **City & State** HUNT VALLEY   MD   **Zip** 21030 | **H** ANNUAL PERCENTAGE RATE (The cost of your credit as a yearly rate.) — 14.00 % |
| * Contains Non Refundable Service Charge: $20.00 | Due Date First Payment<br>Use 5, 10, 15, 20, 25, 30 — 7/25/04 |

| POLICY PREFIX/POLICY NUMBER | Effective Date | No. Months. | FULL NAME AND ADDRESS OF INSURANCE COMPANY | Type Coverage | Total Premium |
|---|---|---|---|---|---|
| | 6/28/04 | 12 | CERTAIN UNDERWRITERS AT LLOYDS | P&C<br>TAX<br>FEE | $8,217.00<br>$164.34<br>$340.00 |

**NOTICE TO INSURED:**    **PREMIUM FINANCE AGREEMENT**

Do not sign this agreement before you read it. YOU ARE ENTITLED TO A COPY OF THIS AGREEMENT AT THE TIME YOU SIGN IT. Under the law, you have the right to pay off in advance the full amount due and to obtain a refund of the finance charge, computed on a short rate basis, on that portion of the finance charge in excess of the service charge on line D. "The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of sex or marital status." In consideration of the payment for the account of the undersigned insured by Skipjack Premium Finance Company (hereinafter referred to as SPFC) of the amount financed on insurance premiums shown on line C, the undersigned promises to pay to the order of SPFC at the address shown above, the total of payments shown on line E, in the number of installments indicated and each installment to be in the amount shown on line F, the first installment to become due and payable on the date shown with the remaining installments becoming due and payable on the same day of each succeeding month thereafter, subject to the following provisions.

**THE UNDERSIGNED INSURED**

Assigns to SPFC as security for the total amount payable hereunder any and all unearned premiums, returns, which may become payable under the insurance policies the premiums for which are financed hereunder. Agrees not to assign any of the policies covered hereby except for the interest of mortgagee and loss payees, without the written consent of SPFC and that all rights conferred upon SPFC shall inure to SPFC's successors and assigns. Agrees in the event of default in payment of any installment due hereunder, and after a ten day notice is mailed to the insured, the unpaid installments shall be immediately due and payable and SPFC may request cancellation of all of the policies covered hereby. It is further agreed that in the event the total premium(s) is greater than that shown on line A above, this contract may be amended and/or refinanced to reflect the actual premium, only by the insured's written consent or payment of the appropriate down payment. Payment of the appropriate down payment will serve as consent. Agrees that SPFC is authorized to correct or remedy any obvious error in the completion of this agreement, including the correction of the name of any insurance company(ies) or policy number(s) and that the insured will be notified at the address shown on this agreement of any such changes in the agreement within 10 days of the date of such changes. Agrees payment must be received in SPFC offices prior to effective cancellation date to avoid cancellation, and if received after cancellation date, payment will be accepted for credit to the insured's account and without obligation to have any cancellation request withheld or rescinded. Agrees that all unearned or return premiums disbursed by an insurance company (or guarantee fund in the event of company insolvency) with respect to the policies covered hereby shall be payable to SPFC and credited to the balance due hereunder and if there is any excess of $1.00 or more over the balance due it shall be paid to the insured. Agrees to remain liable for any unpaid or deficiency balance due hereunder. Agrees that the finance charge shown on line D will begin to accrue from the inception date of the insurance contract. Agrees that the insurance agent or agency (including agent or agency employees or associates, etc.) named above, is not the agent of SPFC and has no authority to bind SPFC by representation or otherwise without SPFC's written agreement. Agrees that SPFC shall not be or become liable for any loss or damage to the insured(s) by reason of the failure of any insurer to issue or maintain in force any of said policy(ies) or by reason of the proper exercise by SPFC of rights herein conferred. Does hereby empower SPFC to sign my (our) name to any forms required to obtain refunds and/or any refund checks or drafts payable to me by reason of cancellation of policy(ies) described above for non-payment of amounts due under this agreement. Agrees, in addition to the amounts shown in "E" above to pay SPFC a delinquency and collection charge with each installment payment which is in default for a period of five (5) days or more. This charge is to be equal to (5%) of the installment payment, but not less than $1.00 nor more than $50.00. If the default results in the cancellation of any insurance policy listed in this agreement, Insured agrees to pay cancellation charge equal to the difference between any delinquency and collection charge and $50.00. Should the cancellation notice be withdrawn subsequently, or if the policy(ies) are reinstated subsequently, a charge equal to the cancellation charge may be assessed. Agrees that in the event any check is returned by a bank, to pay a charge to SPFC of $20.00. Agrees that if SPFC places this account for collection with an attorney, not an employee of SPFC, to pay attorneys fees.

**POWER OF ATTORNEY**

For value received, I, the undersigned insured, hereby sell, assign, and transfer unto Skipjack Premium Finance Company (SPFC) all of my right, title and interest in and to any unearned premium on insurance policy(ies) shown above, and I do hereby irrevocably constitute and appoint SPFC as my attorney in fact, in the event of a default, to authorize and give notice of the cancellation of said insurance policy(ies) and to receive on behalf of SPFC any unearned premium financed by this agreement.

**I ACKNOWLEDGE RECEIPT OF A COPY OF THIS AGREEMENT** Signed this 28th day of June 19 2004 (X) _____
Signature of Insured (or Agent or Broker on Insured's behalf)

**PRODUCER'S CERTIFICATION**

The undersigned warrants that the insurance policies listed upon this agreement are in force, that the premiums therefore are correct and that the down payment shown above has been collected, that the insured has received a copy of this agreement, and that no audit or reporting form policies, subject to retrospective rating or to minimum earned premiums are included in this agreement except as indicated and that the deposit or provisional premiums for the indicated policies are not less than the anticipated premiums to be earned for the full term of the policies; and that none of the policies contain provisions which prohibit cancellation by the insured or the company within 10 days except as indicated, nor except as indicated, is the unearned premium on the scheduled policies to be computed by other than the standard short rate or pro rata table. Upon cancellation of the policies financed, the undersigned will remit to SKIPJACK PREMIUM FINANCE COMPANY the full amount of unearned premium including unearned commission applicable to such cancelled policy(ies) upon receipt from the carrier. The undersigned certifies that to the best of his knowledge and belief the insured's signature(s) hereon are genuine and that all of the policy(ies) listed hereon have been issued or signed by the undersigned, except as indicated. (List General Agency(ies), if any.) We are the authorized policy issuing agent of the insurance companies or the broker placing the coverage directly with the insurance company on all policies listed above.

Signed this 28th day of June 19 2004    _____
Signature of Broker or Agent

ARF1769

# _ACORD_™ CERTIFICATE OF PROPERTY INSURANCE

| | |
|---|---|
| | **DATE** 6/28/2004 |

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| Ace Insurance Services of VA, Inc. 7794 Ballston Dr. | |
| Springfield         VA 22153-2302 | **COMPANIES AFFORDING COVERAGE** |
| | COMPANY A  Lloyds of London |
| **INSURED** | COMPANY B |
| Ezana Corp & Abid Karrakchou 2238 C Gallows Rd | COMPANY C |
| Vienna            VA 22182 | COMPANY D |

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|---|
| | X PROPERTY | | | | X | BUILDING | $ 900,000 |
| | CAUSES OF LOSS | | | | | PERSONAL PROPERTY | $ |
| | BASIC | | | | | BUSINESS INCOME | $ |
| | BROAD | | | | | EXTRA EXPENSE | $ |
| A | X SPECIAL | Binder # 481275963 | 6/28/2004 | 6/28/2005 | | BLANKET BUILDING | $ |
| | EARTHQUAKE | | | | | BLANKET PERS PROP | $ |
| | FLOOD | | | | | BLANKET BLDG & PP | $ |
| | X Building,RC 80% | | | | | | $ |
| | Coinsurance | | | | | | $ |
| | INLAND MARINE | | | | | | $ |
| | TYPE OF POLICY | | | | | | $ |
| | | | | | | | $ |
| | CAUSES OF LOSS | | | | | | $ |
| | NAMED PERILS | | | | | | $ |
| | OTHER | | | | | | $ |
| | CRIME | | | | | | $ |
| | TYPE OF POLICY | | | | | | $ |
| | | | | | | | $ |
| | BOILER & MACHINERY | | | | | | $ |
| | | | | | | | $ |
| A | X OTHER | | | | | | |
| | General Liability | Binder # 481275963 | 06/28/2004 | 06/28/2005 | | Aggregate | 1,000,000 |
| | | | | | | Each Occurence | 500,000 |

**LOCATION OF PREMISES/DESCRIPTION OF PROPERTY**

[LocNo#] 00001 5005,5007 & 5009 D Street, SE

**SPECIAL CONDITIONS/OTHER COVERAGES**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL _____ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES. |
| | AUTHORIZED REPRESENTATIVE |

ACORD 24 (1/95)                                                                 © ACORD CORPORATION 1995

- INS024 (9910).01          ELECTRONIC LASER FORMS, INC. - (800)327-0545

SB 016

COMMERCIAL LINES INSURANCE QUOTATION       PAGE    8

THANKS FOR ALLOWING US TO QUOTE ON THE ABOVE CAPTIONED RISK. IN ORDER TO
BIND THIS ACCOUNT, YOU MUST COMPLETE THE INFO BELOW AND SIGN THIS FORM.
THIS WILL ENABLE US TO FILE THE DC SURPLUS LINES TAXES. PLEASE BE SURE
TO FULLY COMPLETE ALL THE REQUESTED INFORMATION.

AUTHORIZED INSURERS WHO DECLINED THE RISK:

INSURER                                 INSURER"S REPRESENTATIVE

1. _Farmers , Cherif at Alexandria, VA_

2. _Erie , Dale Keenr, Centreville_

3. _THE HARTFORD, Tina Owens, Richmond_

NAME AND TITLE OF PERSON WHO CONDUCTED THE DILIGENT SEARCH RESULTING
IN THE ABOVE DECLINATIONS.

NAME                          TITLE

_Samuel Bekele_          _Principal._

WE APPRECIATE YOUR PROMPT ATTENTION IN THIS MATTER

_6/28/2004_

DATE                          AGENTS SIGNATURE

SB 017

INSURED:       EZANA CORP

EFFECTIVE:     06/28/04

**ENDORSEMENT NO.** 1 _____

Attached to and forming part of No.

| Company | Contract # | Amount Or Percent | Company | Contract # | Amount Or Percent |
|---------|-----------|-------------------|---------|-----------|-------------------|
| CERTAIN UNDERWRITERS AT | 0475/ATR049 | -0- | CERTAIN UNDERWRITERS AT | 0382/DPM054 | -0- |
| CERTAIN UNDERWRITERS AT | 0984/SMP579 | -0- | | | |
| | | | | | |

IN CONSIDERATION OF THE PREMIUM ALREADY CHARGED, IT IS HEREBY UNDERSTOOD
AND AGREED THE NAMED INSURED HAS BEEN AMENDED TO READ:

EZANA CORP
AND ABID KARRAKCHOU

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

Other terms and conditions remaining unchanged.

Date: _____07/07/04_____          By _[signature]_ _____ All Risks, Ltd.

SREBBERT

ARF2646

SB 020

INSURED:    EZANA CORP

**ENDORSEMENT
NO. 1** _____

EFFECTIVE:    06/28/04

Attached to and forming part of No.

| Company | Contract # | Amount Or Percent | Company | Contract # | Amount Or Percent |
|---|---|---|---|---|---|
| CERTAIN UNDERWRITERS AT | 0475/ATR049 | -0- | CERTAIN UNDERWRITERS AT | 0382/DPM054 | -0- |
| CERTAIN UNDERWRITERS AT | 0984/SMP579 | -0- | | | |
| | | | | | |

IN CONSIDERATION OF THE PREMIUM ALREADY CHARGED, IT IS HEREBY UNDERSTOOD
AND AGREED THE NAMED INSURED HAS BEEN AMENDED TO READ:

EZANA CORP
AND ABID KARRAKCHOU

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

Other terms and conditions remaining unchanged.

Date: _____ 07/07/04 _____          By _____ All Risks, Ltd.

SREBBERT

ARF2646

SB 021

# all risks
## LIMITED

*To: Alex*

*Please be notified*
*Sam of Ace Ins.*

**Corporate Office**
10150 York Road, 5th Floor
Hunt Valley, MD 21030
(800) 366-5810 or (410) 828-5810
Fax: (410) 828-8179
www.allrisks.com

B06/29/04

ACE INSURANCE SERVICES,INC.
7794 BALLSTON DRIVE
SPRINGFIELD VA  22153

ATTN: SAMUEL BEKELE

RE:   EZANA CORP
POLICY: 0475/ATR049

    THIS IS TO ADVISE YOU THAT AN INSPECTOR WILL BE
CONTACTING THE INSURED TO SET UP AN APPOINTMENT TO OBTAIN AN
INTERIOR INSPECTION.  AT THE COMPANY'S REQUEST, WE MUST
OBTAIN AN ANNUAL INTERIOR INSPECTION ON ALL BUSINESS.  PLEASE
BE SURE THE INSURED IS AWARE THAT SOMEONE MUST BE PRESENT TO
ALLOW THIS INSPECTION AND TO PROVIDE FINANCIAL INFORMATION
BASED ON THE POLICY RATING.

    SHOULD YOU HAVE ANY QUESTIONS REGARDING THE ABOVE
PROCEDURES, PLEASE FEEL FREE TO CONTACT OUR OFFICE.

    **FOR PROPERTY RISKS, THE MOST COMMON RECOMMENDATION AT
THE TIME OF INSPECTION IS THE NEED TO SERVICE AND RETAG FIRE
EXTINGUISHERS.  IF THIS APPLIES TO YOUR INSURED, PLEASE MAKE
THEM AWARE OF THIS REQUIREMENT PRIOR TO INSPECTION.**

                    SINCERELY,

                    Barbara Mulliken

SREBBERT



SB 029

Phoenix, AZ        Ft. Lauderdale, FL     Jupiter, FL      Atlanta, GA      Duluth, GA
Hunt Valley, MD    Conshohocken, PA       York, PA         Dallas, TX       Richmond, VA