IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO CERTIFICATE NUMBERS 0475/ATR040, 0382/DPM054, and 0984/SMP579** | :<br>:<br>: |
| | :    Civil Case No.: 1:05CV02076 |
| *Plaintiff,* | : |
| v. | : |
| **EZANA CORPORATION, et al.** | :<br>: |
| *Defendants.* | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT MOTION TO EXTEND DEADLINE

COMES NOW, the Plaintiff, Certain Interested Underwriters at Lloyd's London subscribing to Certificate Numbers 0475/STR040, 0382/DPM054, and 0984/SMP579, and Defendant, Ace Insurance of VA, Inc. ("Ace Insurance"), by and through undersigned counsel and hereby consents to extend the deadline for Plaintiff to file an Opposition to Defendant Ace Insurance's Motion to Dismiss. The parties agree that the Plaintiff's Opposition to Defendant's Motion to Dismiss will be filed on or before January 20, 2005.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| **JEFFREY A. WOTHERS, Bar No. 436137** | **PAUL J. MALONEY, Bar No. 362533** |
| Niles, Barton & Wilmer, LLP | **CEDRIC D. MILLER, Bar No. 464651** |
| 111 S. Calvert Street, Suite 1400 | Carr Maloney P.C. |
| Baltimore, Maryland 21202-6185 | 1615 L Street, N.W., Suite 500 |
| (410) 783-6365  (Telephone) | Washington, D.C. 20036 |
| (410) 783-6363 (Facsimile) | (202) 310-5500  (Telephone) |
| *Counsel for Plaintiff* | (202) 310-5555  (Facsimile) |
| | *Counsel for Defendant Ace Insurance of VA, Inc.* |

# **CERTIFICATE OF SERVICE**

I hereby certify, that on this 30th day of December, 2005, a copy of the foregoing Consent Motion to Extend Deadline and Proposed Order was sent via this court's electronic filing system to:

James T. Zelloe, Esquire
Stahl, Forest & Zelloe, P.C.
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
*Counsel for Abid Karrakchou, Mekki, LLC, and Ezana Corporation*

Paul J. Maloney, Esquire
Cedric D. Miller, Esquire
CARR MALONEY P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
*Counsel for Ace Insurance of VA, Inc.*

                                                              /s/
                                       Jeffrey A. Wothers