IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO CERTIFICATE NUMBERS 0475/ATR040, 0382/DPM054, and 0984/SMP579** : : : : *Plaintiff,* : v. : **EZANA CORPORATION, et al.** : : *Defendants.* | Civil Case No.: 1:05CV02076 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

UPON CONSIDERATION the Consent Motion to Extend Deadline submitted by the Plaintiff, Certain Interested Underwriters at Lloyd's London subscribing to Certificate Numbers 0475/STR040, 0382/DPM054, and 0984/SMP579, and Defendant, Ace Insurance of VA, Inc. ("Ace Insurance"), it is this _____ day of _____, 2006;

ORDERED, that the Motion be and hereby is granted.

_____
Judge Paul L. Friedman

cc:

James T. Zelloe, Esquire
Stahl, Forest & Zelloe, P.C.
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030

Paul J. Maloney, Esquire
Cedric D. Miller, Esquire
CARR MALONEY P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036

Jeffrey A. Wothers, Esquire
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202