IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO CERTIFICATE NUMBERS 0475/ATR040, 0382/DPM054, and 0984/SMP579** : : : : | |
| *Plaintiff,* | Civil Case No.: <u>1:05CV02076 PLF</u> |
| | : |
| v. | |
| | : |
| **EZANA CORPORATION, et al.** | |
| | : |
| *Defendants.* | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>ORDER</u>**

UPON CONSIDERATION of Defendant Ace Insurance of VA, Inc.'s Motion to Dismiss and all responses thereto, it is by this Honorable Court on this _____ day of _____, 2006

ORDERED that Defendant Ace Insurance of VA, Inc.'s Motion to Dismiss is hereby DENIED;

ORDERED that Defendant Ace Insurance of VA, Inc.'s Motion for Summary Judgment is hereby DENIED; and it is further

ORDERED, that Defendant Ace Insurance of VA, Inc. is a party to this case.

_____
Judge Paul L. Friedman

CC:   (next page)

Jeffrey A. Wothers, Esquire
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202-6185
(410) 783-6365
*Counsel for Plaintiff*

James T. Zelloe, Esquire
Stahl, Forest & Zelloe, P.C.
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
*Counsel for Abid Karrakchou, Mekki, LLC,
and Ezana Corporation*

Paul J. Maloney, Esquire
Cedric D. Miller, Esquire
CARR MALONEY P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
*Counsel for Ace Insurance of VA, Inc.*