UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                          )
CERTAIN INTERESTED UNDERWRITERS    )
AT LLOYD'S LONDON SUBSCRIBING TO    )
CERTIFICATE NUMBERS 0475/ATR040,          )
0382/DPM054, and 0984/SMP579,                      )
                                                          )
      Plaintiff,                          )
                                                          )
  v.                                                    )   Civil Action No. 05-2076 (PLF)
                                                          )
EZANA CORPORATION, et al.,             )
                                                          )
      Defendants.                      )
_____)

ORDER OF REFERRAL

      This matter came before the Court for a status conference on February 21, 2006. At that time, the parties indicated that the case would benefit from settlement discussions with a magistrate judge. Accordingly, it is hereby

      ORDERED that this matter is referred to Magistrate Judge Kay for settlement discussions, beginning no later than March 3, 2006; discussions shall conclude on or before March 31, 2006. The parties will file on or before March 31, 2006 a stipulation of dismissal if the case has settled or joint report if it has not settled. The parties will contact Magistrate Judge Kay's chambers to schedule a settlement conference. It is

      FURTHER ORDERED that the briefing and disposition of defendant Ace Insurance Company of VA, Inc.'s motion to dismiss are stayed pending the outcome of settlement discussions; and it is

FURTHER ORDERED that all discovery is stayed pending the outcome of settlement discussions.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 22, 2006