IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO CERTIFICATE NUMBERS 0475/ATR040, 0382/DPM054, and 0984/SMP579** : : : : : : : : |  Civil Case No.: 1:05CV02076 |
| *Plaintiff,* | |
| v. | |
| **EZANA CORPORATION, et al.** | |
| *Defendants.* | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Pursuant to FED. R. CIV. PROC.41(a)(1), through counsel, the parties voluntarily dismiss this matter WITH PREJUDICE.

Respectfully submitted,

/s/
**JEFFREY A. WOTHERS, Bar No. 436137**
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202-6185
(410) 783-6365  (Telephone)
(410) 783-6363 (Facsimile)
*Counsel for Plaintiff*

/s/
**PAUL J. MALONEY, Bar No. 362533**
**CEDRIC D. MILLER, Bar No. 464651**
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
(202) 310-5500  (Telephone)
(202) 310-5555  (Facsimile)
*Counsel for Defendant Ace Insurance of VA, Inc.*

/s/
**RICHARD J. STAHL, Bar No. 218677**
**JAMES T. ZELLOE, Bar No. 395126**
Stahl, Forest & Zelloe, P.C.
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
(703) 691-4940 (Telephone)
(703) 691-4942 (Facsimile)
*Counsel for Defendants Ezana Corp., Mekki, LLC, and Abid Karrakchou*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __12th__ day of April, 2006, a copy of the foregoing Voluntary Stipulation of Dismissal With Prejudice was sent via this Court's electronic filing system to:

Richard J. Stahl, Esquire
James T. Zelloe, Esquire
Stahl, Forest & Zelloe, P.C.
11350 Random Hills Road, Suite 700
*Counsel for Defendants Ezana Corp.,*
*Mekki, LLC, and Abid Karrakchou*

Paul J. Maloney, Esquire
Cedric D. Miller, Esquire
Carr Maloney P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
*Counsel for Defendant Ace*
*Insurance of VA, Inc.*

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Jeffrey A. Wothers